UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 23-cv-1989<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Plaintiff Seattle Metropolitans Hockey LLC submits this Corporate Disclosure Statement pursuant to Local Rule 7.1.

Plaintiff identifies the following member of the LLC: Paul Kim.

Except at stated above, there is no parent, shareholder, or partner to identify as required by LCR 7.1(a)(1).

RESPECTFULLY SUBMITTED December 27, 2023

         s/ David A. Lowe, WSBA No. 24453
          Lowe@LoweGrahamJones.com
         LOWE GRAHAM JONES PLLC
         1325 Fourth Avenue, Suite 1130
         Seattle, WA 98101
         T: 206.381.3300

         Attorneys for Seattle Metropolitans Hockey LLC

RULE 7.1 CORPORATE DISCLOSURE STATEMENT
Civil Action No. 23-cv-1989
METS-6-0001 P02 CDS

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301