**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

| Plaintiff / Petitioner:<br>SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company | Case No:<br>2:23-cv-01989-JLR |
|---|---|
| Defendant / Respondent:<br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he is now and at all times herein mentioned was a citizen of the United States, resident of Washington State, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Friday, December 29, 2023 at 2:10 PM, at the address of 711 Capitol Way South, Suite #204, Olympia, WA 98501, within Thurston County, the undersigned duly served the following document(s): 1) Summons in a Civil Action, 2) Complaint for Trademark Infringement and False Designation of Origin and Unfair Competition, Consumer Protection Act Violation, Unjust Enrichment, Conversion, and Tortious Interference, 3) Rule 7.1 Corporate Disclosure Statement, 4) Report on the Filing or Determination of an Action Regarding a Patent or Trademark, and, 5) Civil Cover Sheet in the above entitled action upon SEATTLE HOCKEY PARTNERS LLC, by Registered Agent, CT CORPORATION SYSTEM, at the usual place of business of said Registered Agent, personally delivering 1 true and correct copy(ies) of the above documents and leaving same with JAMES ROBERTS, Intake Specialist, Employee Authorized to Accept Service.

**Description:**
JAMES ROBERTS; Age: 36; Ethnicity: Caucasian; Sex: Male; Weight: 200; Height: 5'8"; Hair: Blond; Eyes: Brown; Relationship: Intake Specialist, Employee Authorized to Accept Service

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

**Date:**   12/29/2023

Mark Jones, Thurston County #20-1125-14

ADDISON LEGAL SERVICES, LLC
2405 Evergreen Park Drive SW Suite B-2
Olympia, WA 98502 (360) 529-3933
Job #10156587 (OLY122823)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-01989-JLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SEATTLE HOCKEY PARTNERS LLC _____
was received by me on *(date)* December 28, 2023.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* ____ JAMES ROBERTS _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM,
Registered Agent for SEATTLE HOCKEY PARTNERS LLC on *(date)* December 29, 2023 ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ 0.00 _____ for travel and $ 68.50 _____ for services, for a total of $ 68.50.

I declare under penalty of perjury that this information is true.

Date: 12/29/2023

_____
*Server's signature*

Mark Jones, Thurston County #20-1125-14
_____
*Printed name and title*

2405 Evergreen Park Drive SW Suite B-2, Olympia, WA 98502
_____
*Server's address*

Additional information regarding attempted service, etc.:
I also served the following documents:
-Complaint for Trademark Infringement and False Designation of Origin and Unfair Competition, Consumer Protection Act
Violation, Unjust Enrichment, Conversion, and Tortious Interference
-Rule 7.1 Corporate Disclosure Statement
-Report on the Filing or Determination of an Action Regarding a Patent or Trademark
-Civil Cover Sheet