The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant. | No. 23-cv-01989-JLR<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Bonnie MacNaughton of Davis Wright Tremaine LLP hereby appears in this action on behalf of defendant Seattle Hockey Partners LLC.  You are requested to serve all further papers and proceedings in this case, except original process, upon the attorney at the address listed below.

DATED this 19th day of January, 2024.

Davis Wright Tremaine LLP
*Attorneys for Defendant Seattle Hockey Partners LLC*

*s/ Bonnie MacNaughton*
Bonnie MacNaughton, WSBA # 36110
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

NOTICE OF APPEARANCE (No. 23-cv-01989-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax