The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant. | No. 23-cv-01989-JLR<br><br>[PROPOSED] ORDER GRANTING SEATTLE HOCKEY PARTNERS LLC'S MOTION TO DISMISS UNDER FED. R. CIV. P 12(b)(6) |

This matter having come before the Court on a Motion to Dismiss filed by counsel for Defendant Seattle Hockey Partners LLC, and the Court having reviewed the Motion and all papers in support and opposition thereto and the arguments of counsel, it is:

ORDERED that Seattle Hockey Partners LLC's Motion to Dismiss be and hereby is GRANTED; and further

ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

DATED this ____ day of February, 2024.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(No. 23-cv-01989-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2  Davis Wright Tremaine LLP
   *Attorneys for Defendant Seattle Hockey Partners LLC*

3

4  *s/ Bonnie MacNaughton*
   Bonnie MacNaughton, WSBA # 36110

5  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1604

6  Tel: (206) 622-3150
   Fax: (206) 757-7700

7  Email: bonniemacnaughton@dwt.com

8  *s/ John D. Freed*
   John D. Freed, *pro hac vice application forthcoming*

9  50 California Street, Floor 23
   San Francisco, CA 94111

10 Tel: (415) 276-6500
   Fax:  (415) 276-6599

11 Email: jakefreed@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(No. 23-cv-01989-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax