The Honorable James L. Robart

1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                  AT SEATTLE

10  SEATTLE METROPOLITANS HOCKEY LLC,
    a Washington limited liability company,
11
                                                    No. 23-cv-01989-JLR
                    Plaintiff,
12
                                                    **DEFENDANT SEATTLE**
13          v.                                      **HOCKEY PARTNERS LLC'S**
                                                    **REQUEST FOR JUDICIAL**
14  SEATTLE HOCKEY PARTNERS LLC, a                  **NOTICE IN SUPPORT OF**
    Delaware limited liability company,             **MOTION TO DISMISS**
15
                    Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

DEF.'S REQUEST FOR JUDICIAL NOTICE RE MOT. TO DISMISS          Davis Wright Tremaine LLP
(No. 23-cv-01989-JLR)                                                LAW OFFICES
                                                              920 Fifth Avenue, Suite 3300
                                                                Seattle, WA 98104-1610
                                                          206.622.3150 main · 206.757.7700 fax

Defendant Seattle Hockey Partners LLC respectfully submits this Request for Judicial Notice in support of its Motion to Dismiss.  Under Federal Rule of Evidence 201, Seattle Hockey Partners requests that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto as Exhibits A through G:

| Exhibit | Description |
|---------|-------------|
| A | United States Patent and Trademark Office Reg. No. 6,487,799 (Sept. 14, 2021) |
| B | United States Patent and Trademark Office Reg. No. 6,450,361 (Aug. 10, 2021) |
| C | United States Patent and Trademark Office Reg. No. 6,577,561 (Nov. 30, 2021) |
| D | United States Patent and Trademark Office Reg. No. 6,577,557 (Nov. 30, 2021) |
| E | United States Patent and Trademark Office Reg. No. 5,103,397 (Dec. 20, 2016) |
| F | United States Patent and Trademark Office Reg. No. 4,928,419 (Mar. 29, 2016) |
| G | A printout of the United States Patent and Trademark Office's website, showing the status of USPTO Reg. No. 4,928,419, *available at* https://tsdr.uspto.gov/#caseNumber=4928419&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch. |

## I.   LEGAL STANDARD FOR JUDICIAL NOTICE

A court may take judicial notice of a fact "not subject to reasonable dispute [and] ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (stating that a court "may take judicial notice of matters of public record outside the pleadings").  Courts "may presume that public records are authentic and trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999).   Such materials include "printout[s] from a government website."  *Kenery v. Wells Fargo, N.A.*, 2014 WL 4183274, at *3 (N.D. Cal. 2014).

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## II.     JUDICIAL NOTICE IS APPROPRIATE FOR EACH EXHIBIT

Exhibits A-G to this Request are properly the subject of judicial notice as government records that "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned."  Fed. R. Evid. 201(b).

DATED this 19th day of January, 2024.

Davis Wright Tremaine LLP
*Attorneys for Defendant Seattle Hockey Partners LLC*

s/ *Bonnie MacNaughton*
Bonnie MacNaughton, WSBA # 36110
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

s/ *John D. Freed*
John D. Freed, *pro hac vice application forthcoming*
50 California Street, Floor 23
San Francisco, CA 94111
Tel: (415) 276-6500
Fax:  (415) 276-6599
Email: jakefreed@dwt.com

DEF.'S REQUEST FOR JUDICIAL NOTICE RE MOT. TO DISMISS
(No. 23-cv-01989-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# SEATTLE KRAKEN

**Reg. No. 6,487,799**

**Registered Sep. 14, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SEATTLE HOCKEY PARTNERS LLC  (DELAWARE LIMITED LIABILITY
COMPANY)
16 West Harrison Street
Seattle, WASHINGTON 98199

CLASS 25: Clothing, namely, bandanas, baseball caps, beach cover-ups, belts, body
suits, boxer shorts, cloth bibs, coats, dresses, footwear, ear muffs, gloves, hats,
headbands, hosiery, housecoats, jackets, jerseys, leggings, leotards, mittens, nightshirts,
pajamas, pants, rain coats, rain wear, robes, scarves, shirts, shorts, skirts, socks, suits,
sun visors being headwear, suspenders, sweaters, sweatpants, sweatshirts, swimsuits,
swim trunks, t-shirts, ties, toques, underwear, vests, warm-up suits and wristbands

FIRST USE 7-23-2020; IN COMMERCE 7-23-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as
shown: "SEATTLE"

SER. NO. 90-065,011, FILED 07-21-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT B

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,450,361**

**Registered Aug. 10, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SEATTLE HOCKEY PARTNERS LLC  (DELAWARE LIMITED LIABILITY COMPANY)
16 West Harrison Street
Seattle, WASHINGTON 98199

CLASS 25: Clothing, namely, bandanas, baseball caps, beach cover-ups, belts, body suits, boxer shorts, cloth bibs, coats, dresses, footwear, ear muffs, gloves, hats, headbands, hosiery, housecoats, jackets, jerseys, leggings, leotards, mittens, nightshirts, pajamas, pants, rain coats, rain wear, robes, scarves, shirts, shorts, skirts, socks, suits, sun visors being headwear, suspenders, sweaters, sweatpants, sweatshirts, swimsuits, swim trunks, t-shirts, ties, toques, underwear, vests, warm-up suits and wristbands

FIRST USE 7-23-2020; IN COMMERCE 7-23-2020

The mark consists of a stylized version of the letter "S".

SER. NO. 90-068,889, FILED 07-23-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Case 2:23-cv-01989-JLR Document 8 Filed 01/19/24 Page 9 of 26

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,577,561**

**Registered Nov. 30, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

SEATTLE HOCKEY PARTNERS LLC  (DELAWARE LIMITED LIABILITY COMPANY)
16 West Harrison Street
Seattle, WASHINGTON 98199

CLASS 41: Entertainment services, namely, professional ice hockey exhibitions

FIRST USE 7-23-2020; IN COMMERCE 9-26-2021

The mark consists of a stylized version of the letter "S".

SER. NO. 90-068,891, FILED 07-23-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

# SEATTLE KRAKEN

**Reg. No. 6,577,557**

**Registered Nov. 30, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

SEATTLE HOCKEY PARTNERS LLC  (DELAWARE LIMITED LIABILITY COMPANY)
16 West Harrison Street
Seattle, WASHINGTON 98199

CLASS 41: Entertainment services, namely, professional ice hockey exhibitions

FIRST USE 7-23-2020; IN COMMERCE 9-26-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SEATTLE"

SER. NO. 90-065,020, FILED 07-21-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT E

# United States of America

## United States Patent and Trademark Office

## SEATTLE METROPOLITANS

**Reg. No. 5,103,397**

**Registered Dec. 20, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Paul Kim (UNITED STATES INDIVIDUAL)
18108 36th Avenue West, Apt #P7
Lynnwood, WA 98037

CLASS 25: Baseball caps and hats; Beanies; Pants; Shirts; Sleepwear; Socks; Sports jerseys; Sweat pants; Sweat shirts; Sweaters

FIRST USE 11-00-2015; IN COMMERCE 11-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SEATTLE"

SER. NO. 86-884,535, FILED 01-23-2016
GINA CLARK HAYES, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**EXHIBIT F**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,928,419**

**Registered Mar. 29, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

PAUL KIM (UNITED STATES INDIVIDUAL)
18124 36TH AVENUE WEST, APT #P7
LYNNWOOD, WA 98037

FOR: BASEBALL CAPS AND HATS; BEANIES; PANTS; SHIRTS; SLEEPWEAR; SOCKS; SPORTS JERSEYS; SWEAT PANTS; SWEAT SHIRTS; SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-2015; IN COMMERCE 11-0-2015.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEATTLE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE LETTER "S" CONTAINING THE WORD "SEATTLE" RUNNING FROM THE TOP OF THE LETTER TO THE BOTTOM WITH THE LETTERS EVENLY SPACED THROUGHOUT. THE LETTER "S" IS SOLID WITH A SOLID LINE BOARDER.

SN 86-429,009, FILED 10-20-2014.

RAUL CORDOVA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT G

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Upcoming Maintenance**

The Trademark Status and Document Retrieval (TSDR) system will undergo routine maintenance between 12:01 a.m. and 5:30 a.m. on January 19, 20, and 21. During this time you may be unable to view documents or check the status of applications and registrations. We apologize for any inconvenience this causes.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | 🖨 Print |
|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-19 12:05:27 EST |
| **Mark:** | S SEATTLE |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86429009 | **Application Filing Date:** | Oct. 20, 2014 |
| **US Registration Number:** | 4928419 | **Registration Date:** | Mar. 29, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Offic |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Nov. 08, 2021 | | |
| **Publication Date:** | Jun. 09, 2015 | **Notice of Allowance Date:** | Aug. 04, 2015 |

## ▼ Mark Information

▼ Expand All

| | |
|---|---|
| **Mark Literal Elements:** | S SEATTLE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| **Description of Mark:** | The mark consists of the letter "S" containing the word "SEATTLE" running from the top of the letter to the b spaced throughout. The letter "S" is solid with a solid line boarder. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "SEATTLE" |

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Baseball caps and hats; Beanies; Pants; Shirts; Sleepwear; Socks; Sports jerseys; Sweat pants; Sweat shir | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 2015 | **Use in Commerce:** | Nov. 2015 |

▲ **Basis Information (Case Level)**

▲ **Current Owner(s) Information**

▼ **Attorney/Correspondence Information**

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | MARK V JORDAN | **Docket Number:** | 10705.003 |
| **Attorney Primary Email Address:** | mjordan@bracepointlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MARK V JORDAN |
| | Bracepoint Law, P.S. |
| | 2775 HARBOR AVE SW STE D |
| | SEATTLE, WASHINGTON UNITED STATES 98126 |

| | | | |
|---|---|---|---|
| **Phone:** | 206-212-0032 | | |
| **Correspondent e-mail:** | trademark@bracepointlaw.com<br>mjordan@bracepointlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

▼ **Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 16, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 16, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 16, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 08, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 08, 2021 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Oct. 20, 2021 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jul. 27, 2021 | OFFICE ACTION ISSUED POU1 | |
| Jul. 26, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 29, 2021 | TEAS SECTION 8 & 15 RECEIVED | |

| Mar. 29, 2021 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Mar. 17, 2021 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Jul. 12, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Jul. 12, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jul. 12, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jul. 12, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jul. 12, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Mar. 29, 2016 | REGISTERED-PRINCIPAL REGISTER |
| Feb. 20, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED |
| Feb. 19, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Jan. 29, 2016 | STATEMENT OF USE PROCESSING COMPLETE |
| Dec. 21, 2015 | USE AMENDMENT FILED |
| Jan. 28, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Dec. 21, 2015 | TEAS STATEMENT OF USE RECEIVED |
| Oct. 23, 2015 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Oct. 23, 2015 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 15, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Aug. 04, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jun. 09, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jun. 09, 2015 | PUBLISHED FOR OPPOSITION |
| May 20, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 02, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| May 01, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 28, 2015 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 28, 2015 | ASSIGNED TO LIE |
| Apr. 28, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 28, 2015 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 28, 2015 | EXAMINERS AMENDMENT -WRITTEN |
| Feb. 13, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 13, 2015 | NON-FINAL ACTION E-MAILED |
| Feb. 13, 2015 | NON-FINAL ACTION WRITTEN |
| Feb. 06, 2015 | ASSIGNED TO EXAMINER |
| Oct. 28, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 23, 2014 | NEW APPLICATION ENTERED |

▼ **TM Staff and Location Information**

