The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,

Plaintiff,

v.

SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,

Defendant.

No. 23-cv-01989-JLR

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Seattle Hockey Partners LLC, through its undersigned counsel, states as follows:

Defendant Seattle Hockey Partners LLC is a limited liability company wholly owned by a limited liability company, Slapshot LLC. Slapshot LLC is majority owned by a limited liability company, FW-Puck LLC. No publicly held corporation owns 10% or more of the stock of either Slapshot LLC or FW-Puck LLC.

DATED this 19th day of January, 2024.

Davis Wright Tremaine LLP
*Attorneys for Defendant Seattle Hockey Partners LLC*

s/ Bonnie MacNaughton
Bonnie MacNaughton, WSBA # 36110
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (No. 23-cv-01989-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax