Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 23-cv-1989JLR<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS |

Plaintiff believes that original claims VI for Conversion and VII for tortious interference have merit, but in the interest of judicial economy, he withdraws them as reflected in the concurrently filed First Amended Complaint. This action moots Defendant's pending motion to dismiss (Dkt. 7). *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (amended complaint supersedes the original complaint); *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. 2012) (original complaint is "treated thereafter as non-existent.").

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS - 1
Civil Action No. 23-cv-1989JLR
METS-6-0001 P08 ResponseMDMISS

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED: February 12, 2024.

s/ David A. Lowe, WSBA No. 24453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300

Attorneys for Seattle Metropolitans Hockey LLC

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
TO DISMISS - 2

Civil Action No. 23-cv-1989JLR

METS-6-0001 P08 ResponseMDMISS

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301