1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

SEATTLE METROPOLITANS
HOCKEY LLC,

CASE NO. C23-1989JLR

11

ORDER

Plaintiff,

12

v.

13

SEATTLE HOCKEY PARTNERS
LLC,

14

15

Defendant.

16      Before the court is Defendant Seattle Hockey Partners LLC's ("Seattle Hockey

17  Partners") motion to dismiss Plaintiff Seattle Metropolitans Hockey LLC's ("Seattle

18  Metropolitans") state law claims for conversion and tortious interference pursuant to

19  Federal Rule of Civil Procedure 12(b)(6).  (Mot. (Dkt. # 7).)  Seattle Hockey Partners

20  filed its motion to dismiss on January 19, 2024.  (*See generally* Dkt.)  On February 12,

21  2024, Seattle Metropolitans filed a response stating its belief that the conversion and

22  tortious interference claims "have merit," but that "in the interest of judicial economy," it

1  would withdraw those claims. (Resp. (Dkt. # 13) at 1.) Seattle Metropolitans

2  concurrently filed an amended complaint in which it abandoned its conversion and

3  tortious interference claims. (*See generally* Am. Compl. (Dkt. # 12); *see also* Resp. at 1

4  ("This action moots Defendant's pending motion to dismiss.").) Seattle Hockey Partners

5  declined to file a reply. (*See generally* Dkt.)

6        "A party may amend its pleading once as a matter of course no later than . . . 21

7  days after service of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a)(1)(B). Although

8  Seattle Metropolitans filed its amended complaint beyond the time limits permitted by

9  Federal Rule of Civil Procedure 15(a)(1)(B), Seattle Hockey Partners has not objected.

10  (*See generally* Dkt.) Accordingly, the court considers the amended complaint to be the

11  operative complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]n

12  amended pleading supersedes the original pleading."). Because Seattle Metropolitans has

13  abandoned the claims that Seattle Hockey Partners sought to dismiss, the court DENIES

14  Seattle Hockey Partners's motion (Dkt. # 7) as moot.

15        Dated this 21st day of February, 2024.

16  _____

17  JAMES L. ROBART
    United States District Judge

18

19

20

21

22

ORDER - 2