Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE METROPOLITANS HOCKEY
LLC, a Washington limited liability company,

Plaintiff,

v.

SEATTLE HOCKEY PARTNERS LLC, a
Delaware limited liability company,

Defendant.

Civil Action No. 2:23-cv-1989JLR

ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT AND
COUNTERCLAIMS

Defendant Seattle Hockey Partners LLC ("Defendant") hereby responds to Plaintiff Seattle Metropolitans Hockey LLC's First Amended Complaint by filing this Answer and related Counterclaims. To the extent that any allegation in the Complaint is not specifically admitted, the allegation is denied. Defendant answers the corresponding numbered paragraphs of the Complaint as follows:

## I.      NATURE OF THE ACTION

1.      This is an action for injunctive relief and monetary damages arising out of Defendant's unauthorized use of Seattle Metropolitans' famous "S" logo and SEATTLE METROPOLITANS word trademarks and trade dress in association with apparel, hockey paraphernalia, organizing, arranging and conducting ice hockey games, fundraising services for youth hockey programs and skating rinks, museum and display services pertaining to an historical Seattle professional ice hockey team, and other hockey-related services, resulting in infringement of Seattle Metropolitans' rights, as well as federal and

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

state unfair competition based on the manner in which Defendant has misled the public regarding the source for products and related services, and unjust enrichment.

**ANSWER: Defendant admits that Plaintiff has filed an action for injunctive relief and monetary damages raising claims of federal and common law trademark infringement, false designation of origin and unfair competition, violations of Washington's Consumer Protection Act, and unjust enrichment. The remaining allegations in Paragraph 1 state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 1.**

## II.      PARTIES

2.      Plaintiff Seattle Metropolitans is a Washington limited liability company having its principal place of business in Bellevue, Washington.

**ANSWER: Defendant lacks sufficient information to admit or deny and on that basis denies the allegations in Paragraph 2.**

3.      Defendant Seattle Hockey Partners LLC is a Delaware limited liability company with a principal place of business at 10601 Fifth Avenue, Suite 100, Seattle, Washington 98125, and a registered agent as follows: CT Corporation System, 711 Capitol Way S., Suite 204, Olympia, Washington 98501. On information and belief, Defendant is owned, controlled and/or managed by various other entities and individuals including Slapshot LLC, FW-Puck LLC, David Bonderman, Jerry Bruckheimer and Tod Leiweke.

**ANSWER: Admitted.**

## III.      JURISDICTION AND VENUE

4.      This action arises, in part, under the trademark laws of the United States of America, 15 U.S.C. § 1051 et seq. Jurisdiction over the trademark infringement, false

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

designation of origin and federal unfair competition claims is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338. Supplemental jurisdiction is conferred upon this Court over the related state claims as they are derived from a common nucleus of operative fact that form part of the same case or controversy. 28 U.S.C. § 1367(a). The amount in controversy exceeds $75,000 exclusive of interest and costs.

**ANSWER**: **Paragraph 4 states a legal conclusion to which no response is required. To the extent a response is required, Defendant does not dispute that this Court has subject matter jurisdiction over this action.**

5.      Personal jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. § 1391. This Court has personal jurisdiction over Defendant and over the subject matter of this dispute and venue is proper in this Court because the matters giving rise to this complaint occurred in King County, all parties transact business in King County, and all parties have an office for the transaction of business in King County. Accordingly, Defendant maintains minimum contacts with Washington and this District that are more than sufficient to subject Defendant to service of process in compliance with due process of law.

**ANSWER**: **Paragraph 5 states a legal conclusion to which no response is required. To the extent a response is required, Defendant does not dispute that this Court has personal jurisdiction over Defendant or that venue is proper in this District.**

### IV.      FACTUAL ALLEGATIONS

A.      **Seattle Metropolitans' Business and Trademark Rights**

6.      Seattle Metropolitans was formed in 2021 to continue and expand the life-long passion of its founder and sole member Paul Kim. Paul grew up in Seoul, South Korea. He had asthma, and his mother wanted him to find something to play away from dirt and pollen, and his

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

cousin played hockey. When he saw his first game, he fell in love. He played hockey in Seoul from ages 8 to 10, then the family moved to the Seattle area, where he continued to play, eventually with the Sno-King Amateur Hockey Association and at Western Washington University. While he was trying to learn English, his teacher gave him a book about Seattle hockey history, where he learned how Seattle Metropolitans of the Pacific Coast Hockey Association won the Stanley Cup in 1917 when it defeated the Montreal Canadians of the National Hockey Association 3-1 in a best-of-five series in Seattle to become the first American team to win the Cup.

**ANSWER: Defendant admits the historic Seattle Metropolitans hockey team won the 1917 Stanley Cup. Defendant lacks sufficient information to admit or deny the other allegations in Paragraph 6 and on that basis denies the allegations in Paragraph 6.**

7.      Towards the end of college, Paul decided that he wanted to do something involving his passion—hockey. He realized the 100th anniversary of the founding of Seattle Metropolitans was coming up in 2015 and found nothing arranged for its commemoration. In 2014, long before the NHL approved Seattle's expansion team in late 2018 or the Seattle

 Kraken began to play in the 2021-22 season, Paul acquired the trademark rights to the distinctive "S" logo, the SEATTLE METROPOLITANS mark and green, red and white colors and horizontal patterns, and embarked on a quest to revive the memory of Seattle's championship hockey team.

**ANSWER: Defendant admits that the NHL approved Seattle's expansion team in 2018 and that 2021–2022 was the Seattle Kraken's first season. Defendant lacks sufficient information to admit or deny the other allegations in Paragraph 7 and on that basis denies the other allegations in Paragraph 7.**

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

8.      Paul immediately began the process of perfecting his rights, filing for and eventually obtaining federal trademark registration of the "S" logo and word marks used for apparel, hockey paraphernalia, and hockey-related services as follows:

| Mark | Reg. No. | Date | Goods/Services |
|------|----------|------|----------------|
| | 4928419 | 29 Mar 2016 | **Cl. 25**: Baseball caps and hats; Beanies; Pants; Shirts; Sleepwear; Socks; Sports jerseys; Sweat pants; Sweat shirts; Sweaters |
| **SEATTLE METROPOLITANS** | 5103397 | 20 Dec 2016 | **Cl. 25**: Baseball caps and hats; Beanies; Pants; Shirts; Sleepwear; Socks; Sports jerseys; Sweat pants; Sweat shirts; Sweaters |
| **SEATTLE METROPOLITANS** | 6777676 | 5 Jul 2022 | **Cl. 36**: Fundraising services by means of organizing, arranging and conducting fundraising events to benefit failing local small businesses, and fundraising services by means of raising funds for youth hockey programs and skating rinks.<br><br>**Cl. 41**: Museum services, namely, display of memorabilia and artifacts pertaining to an historical Seattle professional ice hockey team, and providing a website featuring information regarding the history of this ice hockey team; conducting guided walking tours of a city and its landmarks; and organizing, arranging, and conducting of ice hockey games. |

The U.S. registrations for the "S" logo and word mark for apparel are incontestable, confirming their validity and strength. Seattle Metropolitans is also the owner of the following pending trademark application for the "S" logo:

| Mark | Ser. No. | Date | Goods/Services |
|------|----------|------|----------------|
| | 98331136 | 26 Dec 2023 | **Cl. 41**: Museum services, namely, display of memorabilia and artifacts pertaining to an historical Seattle professional ice hockey team, and providing a website featuring information regarding the history of this ice hockey team; conducting guided walking tours of a city and its landmarks; and organizing, arranging, and conducting of ice hockey games |

__ANSWER__: **Defendant admits that records of the U.S. Patent and Trademark Office ("Trademark Office") list Plaintiff as owner of Registration No. 4928419 for the "S SEATTLE" logo, which issued on March 29, 2016, and that this registration extends only to**

**goods and services in International Class 25, specifically baseball caps and hats, beanies, pants, shirts, sleepwear, socks, sports jerseys, sweat pants, sweat shirts, and sweaters. Defendant admits that Trademark Office records list Plaintiff as owner of Registration No. 5103397 for the "Seattle Metropolitans" word mark, which issued on December 20, 2016, and that this registration extends only to goods and services in International Class 25, specifically baseball caps and hats, beanies, pants, shirts, sleepwear, socks, sports jerseys, sweat pants, sweat shirts, and sweaters. Defendant admits that Trademark Office records list Plaintiff as owner of Registration No. 6777676 for the "Seattle Metropolitans" word mark, which issued on July 5, 2022, and that this registration extends only to the services recited in International Classes 36 and 41. Defendant admits that Plaintiff filed an application register the "S SEATTLE" logo on December 26, 2023 for the recited services in International Class 41. Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 8 and on that basis denies the same.**

9.      Paul also promptly began acquiring significant common law rights based on substantial promotion, marketing and sales of apparel and hockey paraphernalia, and organizing, arranging and conducting ice hockey games and providing fundraising services for youth hockey programs and skating rinks and museum and display services pertaining to an historical Seattle professional ice hockey team—Seattle Metropolitans—and other hockey-related services throughout the Puget Sound, across the United States and to many parts of the world. As reported in the Puget Sound Business Journal in its June 16, 2017 article, by then Paul was marketing and selling "S" logo and word mark hats, T-shirts, jerseys and hockey paraphernalia online to the world as well as through seven sporting goods stores, arena pro shops and at tables set up at youth hockey tournaments across the Washington State, which sales were

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

successful, according to Play it Again Sports in Lynnwood, Washington.
(https://www.bizjournals.com/seattle/news/2017/06/16/make-seattle-skate-again.html).

**ANSWER**: **Defendant lacks sufficient information to admit or deny and on that basis denies the allegations in Paragraph 9.**

10.     For more than eight years, since 2015, Seattle Metropolitans (or its predecessor) have sold or licensed more than ten thousand branded products resulting in more than a hundred thousand dollars in sales across the state, country and world. Branded products include jerseys, T-shirts, sweatshirts, hats, beanies, pants, shoes, socks, masks, banners, and stickers, as well as a variety of types of hockey paraphernalia. Below are just a few examples.

 

**ANSWER**: **Defendant lacks sufficient information to admit or deny and on that basis denies the allegations in Paragraph 10.**

11.     Branded products have continuously been marketed and sold at both retail and wholesale at a variety of online outlets, for example www.seattle-metropolitans.com via resell on Amazon and eBay, as well as at many brick and mortar retailers via their corresponding online

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 7

1    portals, including: Play it Again Sports, Hockey Source, Hockey Wolf, Elevate Sporting, Simply

2    Seattle, Pro Image, and most Bartell Drugs, along with the majority of ice hockey specific stores in

3    Washington.

4        **ANSWER**: **Defendant lacks sufficient information to admit or deny and on that**

5    **basis denies the allegations in Paragraph 11.**

6        12.     Seattle Metropolitans has marketed throughout the world and has sold branded

7    products into at least 34 U.S. states as well as in other countries.

8        **ANSWER**: **Defendant lacks sufficient information to admit or deny and on that**

9    **basis denies the allegations in Paragraph 12.**

10        13.     Seattle Metropolitans have

11    multiple licensees, including Strideline,

12    Ruffneck Scarves, Alexander Global, Simply

13    Seattle, Ebbets Field, Bench Clearers, Hockey

14    Wolf, and Seattle Junior Metropolitans Youth

15    Hockey.



16        **ANSWER**: **Defendant lacks sufficient**

17    **information to admit or deny and on that**

18    **basis denies the allegations in Paragraph 13.**

19    14.     Seattle Metropolitans have organized,

20    arranged and conducted ice hockey games

21    through in Pacific Northwest and sponsored or

22    assisted many regional hockey programs while

23    promoting its "S" logo and SEATTLE



24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



METROPOLITANS brands. Between 2015 and 2022, Seattle Metropolitans promoted many ticketed hockey events that were attended by thousands (and viewed by likely tens of thousands) and generated hundreds of thousands of dollars for local and regional hockey programs. These events were often conducted in association with the Hockey Hall of Fame, which recognized Seattle Metropolitans' unique position as owner of the famous brand and hockey legacy. These events received substantial local and national press and media coverage, including from such outlets as the New York Times, Sports Illustrated, ESPN, King5, Komo4, Fox13, Seattle Times, Golfers Digest, and more, exposing millions of people to Seattle Metropolitans brands. Seattle Metropolitans has licensed the Seattle Junior Metropolitans (fka the Seattle Junior Admirals), the original youth hockey association for kids living in Settle-Mukilteo for the past 50 years, to the benefit of roughly 700 families in that area.

**ANSWER**: **Defendant lacks sufficient information to admit or deny and on that basis denies the allegations in Paragraph 14.**

15.     Based on Seattle Metropolitans' exclusive, consistent and substantial use of the "S" logo and SEATTLE METROPOLITANS mark in interstate and international commerce, it has earned common law rights and become a strong and famous mark associated with Seattle Metropolitans and all facets of hockey in the greater Puget Sound area. Indeed, as early as 2017, the Puget Sound Business Journal branded Paul as "hockey's unlikely ambassador to the Pacific Northwest" and the "*de facto* ambassador of the [Seattle Metropolitans]:"

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Paul Kim owns the U.S. trademark ls rights to the famed Seattle Metropolitans name and distinctive green, red and white colors and team log. He's become a de facto ambassador of he team, reviving the brand while trying to make a living selling retro themed team merchandise. Here, Kim is seen wearing a replica jersey made for the Seattle Thunderbirds junior hockey team, who wore them in a game in 2015.

**ANSWER: Paragraph 15's allegations as to the Plaintiff's common law trademark rights, the strength of its trademarks, and the alleged famous status of its mark state legal conclusions to which no response is required. To the extent any response is required, Defendant lacks sufficient information to admit or deny and on that basis denies the allegations in Paragraph 15.**

16.     In its December 24, 2018, feature article, NHL.com noted Paul's ownership of Seattle Metropolitans logo and name and commended his efforts as "an enterprising fan [who] dusted off the [Seattle Metropolitans] history and brought it to life again." (https://www.nhl.com/news/seattle-nhl-expansion-team-can-build-on-legacy-of-metropolitans-303234234).

**ANSWER: Defendant lacks sufficient information to admit or deny and on that basis denies the allegations in Paragraph 16.**

17.     The Seattle Metropolitan's continuous use of its marks predates Defendant's alleged first use dates. Thus, Seattle Metropolitans has priority over any use of the mark that may be claimed by Defendant.

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 10

1

**ANSWER**: **Paragraph 17 states a legal conclusion to which no response is required.**

2

**To the extent a response is required, Defendant denies the allegations in Paragraph 17.**

3   B.   **Defendant's Knowledge of Seattle Metropolitans, Bad-Faith Negotiations and**

**Wrongful Actions**

4

18.   Defendant has long known about Paul, his ownership and use of the "S" logo and

5

SEATTLE METROPOLITANS mark, and the

6

association it has to the legacy of Seattle

7

Metropolitans hockey team that Seattle

8

Metropolitans has created over nearly the past

9

decade.



10

**ANSWER**: **Defendant admits that it**

11

**became aware of Paul Kim in 2018. Defendant otherwise denies the allegations set forth in**

12

**Paragraph 18.**

13

19.   As news of the NHL's potential return to Seattle made headlines in early 2018,

14

Paul reached out to executives of the Oak View Group (predecessors of Defendant), who

15

indicated that it liked what Paul had done with the brand. Defendant invited Paul to an open

16

house to highlight its proposed hockey arena project and enticed him with the possibility that he

17

may be invited to co-host an event in which the Stanley Cup would visit Seattle.

18

**ANSWER**: **Defendant lacks sufficient information to admit or deny the allegations**

19

**in Paragraph 19 and on that basis denies the same.**

20

20.   Over the next five years, Defendant actively sought to ingratiate itself with Seattle

21

Metropolitans to reference the valuable "S" logo and SEATTLE METROPOLITANS brand and

22

thereby create a connection between Defendant's anticipated Seattle hockey venture and the

23

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

goodwill and brand recognition Seattle Metropolitans had developed since 2014. As early as

March 2018, Defendant used Seattle Metropolitans' registered "S" logo in its online post:

**ANSWER**: **Defendant admits that in 2018 it made a historical reference on its social media to the fact that in 1917 the historic Seattle Metropolitans hockey team won the Stanley Cup. Defendant denies the remaining allegations in Paragraph 20**.



21.      Defendant's CEO Tod Leiweke met with Paul in advance of the time that news of the Seattle NHL expansion broke in 2018, and wore the Seattle Metropolitan's branded jersey for a photo opportunity. As reported in the December 24, 2018 NHL.com feature article, Mr. Leiweke complimented Paul's efforts to develop Seattle Metropolitans' brands, telling him that he was "smart," and that Defendant's CEO would "talk to [Paul] later" about the valuable brand.

**ANSWER: Defendant lacks sufficient information to admit or deny the allegations in Paragraph 21 and on that basis denies the same.**

22.      In February 2019, Defendant touted the NHL.com article featuring Paul in its online post, acknowledging his "mission to revive the legacy of Seattle Metropolitans:"



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

**ANSWER**: **Defendant admits it made a social media post on February 11, 2019,**

2

**referencing an NHL.com article that discussed Paul Kim.**

3

     23.     In February 2020, in an effort to create further association between what became

4

the fledging Seattle Kraken hockey team and the legacy Seattle Metropolitans had revived,

5

Defendant requested rights to use Seattle Metropolitans colors in a promotional video. In reliance

6

on the many representations by Defendant, Seattle Metropolitans' agreed, continuing to believe

7

that Defendant was operating in good faith towards developing a joint relationship with Seattle

8

Metropolitans to parley its brand success and

9

established goodwill to promote Defendant's

10

hockey efforts in the region.

 

11

    **ANSWER:** **Defendant admits that**

12

**on February 21, 2020, it reached out to**

13

**Paul Kim via email because there was "a**

14

**chance" that Defendant's would "use some**

15

**subtle hints" of Seattle Metropolitans' alleged colors in an upcoming video. Defendant**

16

**admits that Paul Kim responded the same day with enthusiasm, stating: "That sounds**

17

**awesome!" Defendant admits that Paul Kim provided Defendant with pictures highlighting**

18

**colors used by the historic Seattle Metropolitans hockey team. Defendant lacks sufficient**

19

**information to admit or deny the remaining allegations in Paragraph 23, and on that basis**

20

**Defendant denies the remaining allegations in Paragraph 23.**

21

     24.     It was not until July 2020 that Defendant first officially contacted Seattle

22

Metropolitans about the long-insinuated but never materialized agreement to use its valuable

23

brands. In a July 8, 2020 email, Lance Lopes, NHL Seattle Executive Vice President-General

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Counsel contacted Paul about a "formal arrangement for [Defendant's] team to use Seattle Metropolitans trademarks." When the conversation occurred that Friday, however, Paul was shocked that Defendant offered only a single season ticket in exchange for exclusive jersey rights to the valuable Seattle Metropolitans trademarks, which offer was of course declined.

**ANSWER: Defendant admits that on July 8, 2020, it contacted Paul Kim seeking a time to speak about a formal arrangement by which Defendant would use Plaintiff's alleged trademarks. Defendant admits it offered Paul Kim a pair of season tickets for three seasons. Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 24 and on that basis denies the same.**

25.     A month later in August 2020, Defendant offered to take a license for 5% of net sales, and with no minimum, no online sales, no resale and no sell off period for existing licensees. Given that typical industry licenses were in the range of 12% to 15% of all gross sales and included minimum requirements and sell off period for existing licenses, this offer was likewise rejected.

**ANSWER: Defendant admits it made a reasonable license offer in good faith to Paul Kim in August 2020, which Kim rejected. Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 25 and on that basis denies the same.**

26.     Five months later in January 2021, Defendant repeated the same offer except adding a low minimum guarantee, which offer was likewise rejected.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1       **ANSWER: Defendant admits that in January 2021 it made a revised license offer to**

2   **Paul Kim, which he also rejected.**

3       27.    Instead of presenting a commercially reasonable and industry respectable

4   licensing offer, Defendant took a different approach—continue to take advantage of and use

5   Seattle Metropolitans' valuable trademark rights and established goodwill without authorization.

6       **ANSWER: Denied.**

7       28.    Later that year, in October 2021, continuing to take advantage of the goodwill and

8   ostensible relationship it was fostering with Seattle Metropolitans and in an effort to usurp the

9   goodwill and brand association of Seattle Metropolitans, Defendant used the registered "S" logo,

10  the SEATTLE METROPOLITANS word mark and the same distinctive red color in a banner

11  raised in Climate Pledge Arena that remains to this day—all without permission or license from

12  Seattle Metropolitans.

 

    **ANSWER: Defendant admits that in October 2021 a banner paying homage to**

**Seattle's hockey history and commemorating the historic Seattle Metropolitans hockey**

**team's 1917 Stanley Cup victory was unveiled in the Climate Pledge Arena. Defendant**

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    **admits that this banner has not been removed. Defendant denies the remaining allegations**

2    **in Paragraph 28, including Plaintiff's suggestion that it has any trademark rights that**

3    **implicate the alleged banner.**

4         29.    Seattle Metropolitans heard nothing further from Defendant until January 20, 2023,

5    when Mr. Lopes reached out again to Seattle Metropolitans. Defendant desired to develop and

6    market a "throwback" campaign for the 2024 Winter Classic that had been awarded by the NHL

7    and would be held in Seattle January 1, 2024. The Winter Classic is considered one of the greatest

8    spectacles in all of sport. According to NHL.com, it is a "New Year's tradition where one city is

9    awarded an event that honors hockey's outdoor origins in an awe-inspiring setting reimagined and

10   transformed for the NHL." It directly draws upon the history and tradition of hockey in the area in

11   which it is held. Given Seattle's lack of history being an extremely new franchise, it was

12   imperative that Defendant draw on the historical association of Seattle Metropolitans, meaning that

13   it was forced to deal again with Seattle Metropolitans—exclusive owners of the branding rights.

14        <u>**ANSWER**</u>**: Defendant admits that it reached out to Paul Kim on January 20, 2023,**

15   **regarding a possible opportunity related to the 2024 NHL Winter Classic. Defendant further**

16   **admits that Plaintiff quotes content from NHL.com. Plaintiff's allegations regarding its**

17   **"exclusive" ownership of "branding rights" is a legal conclusion to which no response is**

18   **required. Defendant lacks sufficient information to admit or deny the remaining allegations**

19   **in Paragraph 29, and on that basis denies the same.**

20        30.    This time Defendant indicated that it would not license, but only wanted to

21   "purchas[e] and thus extinguish[]" all rights in Seattle Metropolitans' trademarks. Defendant failed

22   to make a serious offer, however, instead only offering a one-time payment amounting to less than

23   even a single year's revenues from sales of the branded Seattle Metropolitans products and existing

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

licenses. It is well known that the NHL's merchandising arm is a big global business, bringing in hundreds of millions of dollars every year in licenses and team gear sales. As reported by former NHL merchandising executive Fred Scalera in the June 16, 2017 Puget Sound Business Journal article, team merchandizing generates a lot of money and the brand becomes extremely valuable. Importantly, the NHL Winter Classic is one of the largest marketing events of the year. According to one published report, a decade ago the 2014 Winter Classic generated $10s of millions in revenues, and merchandising sales set records highs. (https://www.sbnation.com/nhl/2014/1/13/5305134/winter-classic-2014-hockey-related-revenue-profit). With this in mind, Seattle Metropolitans was willing to negotiate in good faith, but Defendant would not make any meaningful or commercially reasonable offer to acquire the rights.

**ANSWER**: **Defendant admits that it sought to purchase the rights to the Plaintiff's alleged trademarks and that Defendant made a commercially reasonable offer to Paul Kim, which he rejected. Defendant lacks sufficient information as to the remaining allegations in Paragraph 30, and on that basis denies the same.**

31.     Once negotiations broke down by February 2023, Defendant indicated that it would proceed on "a completely different design"—an "alternative" to Seattle Metropolitans "S" design. Seattle Metropolitans put Defendant on written notice it expected any alternative design to be a "completely different design concept" that did not implicate Seattle Metropolitans trademarks or seek to trade on the goodwill and reputation of Seattle Metropolitans in association with all facts of hockey. Defendant acknowledged this notice in writing, claiming that it would be "going a different direction."

**ANSWER**: **Defendant admits it did not reach an agreement with Paul Kim and that it chose not to use or incorporate the Plaintiff's claimed trademarks—including the "S**

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 17

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   **Seattle logo" or the Seattle Metropolitans word mark—and that rather than incorporate**

2   **elements of the historic Seattle Metropolitans hockey team's uniform, the Kraken would go**

3   **in a different direction for its 2024 NHL Winter Classic design identity. Defendant admits**

4   **that the design identity it ultimately used was based on Defendant's own proprietary brand**

5   **and did not incorporate the Metropolitans' jersey color scheme or Plaintiff's alleged**

6   **trademarks. Defendant denies the remaining allegations in Paragraph 31.**

7   32.      Nevertheless, Defendant did exactly the opposite of their representation. Instead

8   of "going a different direction" and avoiding Seattle Metropolitans well-known and valuable

9   trademark rights, on November 22, 2023, Defendant unveiled its Winter Classic jerseys and

10  related merchandise, which incorporates the virtually identical "S," red color, white border and

11  white block letter design of the federally registered and famous Seattle Metropolitans "S" logo.

 

19  **ANSWER: Defendant admits that it unveiled its Winter Classic design identity on**

20  **November 22, 2023. Defendant denies the remaining allegations in Paragraph 32.**

21  33.      In a clear attempt to create an association with Seattle Metropolitans'

22  established legacy, brand and goodwill related to Pacific Northwest hockey—owned

23  exclusively by Seattle Metropolitans—Defendant further imitated the horizontal color band

24  jersey configuration long associated with Seattle Metropolitans, and even made specific

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 18

1  reference to Seattle Metropolitans' 1917 Stanley Cup championship by featuring "1917"

2  prominently on the jersey collar:



9  **ANSWER: Denied.**

10  34.     Defendant's actions were calculated and willfully intended to create a false

11  association between Defendant and Seattle Metropolitans, not only its famous brand as seen on all

12  types of apparel and hockey paraphernalia, but also related to organizing, arranging and conducting

13  ice hockey games and other hockey-related services. Indeed, Defendant's agents have admitted

14  spending months striving to create an association with Seattle Metropolitans. Matty Merrill, Adidas

15  designer commissioned by Defendant to produce the infringing Winter Classic design, admitted the

16  lengths went to in copying Seattle Metropolitans because "[t]he Kraken obviously want to be

17  associated with the Metropolitans." In a recent KOMO-TV news article, Mr. Merrill detailed how

18  he "spent hours upon hours designing the Winter Classic" apparel in an effort to "make the current

19  fit look like the games of old." As admitted by Steve Mayer, NHL's chief content officer and vice

20  president, creating the association with Seattle Metropolitans was "always part of the plan." (see

21  https://www.msn.com/en-us/sports/nhl/hockey-history-reborn-seattle-s-t-mobile-park-to-host-

22  first-ever-nhl-winter-classic/ar-AA1m1vlA) There is no question that Defendant succeeded in its

23  willful infringement of Seattle Metropolitans rights.

24

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 19

1    **ANSWER: Defendant admits that the quotes of Matty Merrill and Steve Mayer**

2    **appear in the articles referenced in paragraph 34. Defendant denies the remaining allegations**

3    **in paragraph 34.**

4    35.    Defendant has wrongfully used Seattle Metropolitans' trademarks on a wide variety

5    of apparel and hockey paraphernalia which directly compete for the same customers in the same

6    channels of trade as Seattle Metropolitans, including jerseys, T-shirts, sweatshirts, headwear, and

7    gear such as pucks, banners and stickers. Some examples are shown herein.



22    **ANSWER: Denied.**

23    36.    Defendant has flooded the market directly and through licensees, promoting and

24    selling the confusingly similar products via numerous online and traditional retail and wholesale

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 20

outlets, including without limitation: Seattle Hockey Team Store, Shop NHL, DICK's Sporting

Goods, eBay, Fanatics, FansEdge, GoalGroove Jerseys, Lids.com, Mercari, ModeSens, Pixel Vibe

Store, Precision Flex Store, Pro-Image Sports, SportsK.com, and Velvet Glow Store.

**ANSWER: Defendant admits that it has sold goods bearing its Winter Classic design identity through various online and brick-and-mortar retailers. Defendant denies the remaining allegations in Paragraph 36.**

37.     Defendant's pervasive use of Seattle Metropolitans trademarks in association with organizing, arranging and conducting ice hockey games—including with promotions for the Winter Classic scheduled for January 1, 2023 at T-Mobile Park throughout the Pacific Northwest and world—likewise create a false association between Defendant and Seattle Metropolitans.

**ANSWER: Paragraph 37 states a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 37.**

38.     The impact of Defendant's trademark infringement is particularly acute in the context of Internet advertising and sales. Defendant's unauthorized use of Seattle Metropolitans trademarks allows it to trade on the product specific information, hockey event association, and branding developed by the Seattle Metropolitans to misdirect Internet search engines and, ultimately, consumers from online stores and ticket outlets where authorized products are sold and hockey-related services are provided. See, for example, how six out of eight jerseys shown as a result of a search for "Seattle Metropolitans jerseys" on Google are the confusingly similar imitations from Defendant:

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ANSWER: Denied.**

39.     Through its actions, Defendant has gained an improper and unfair competitive advantage over Seattle Metropolitans in the sale of competing apparel and hockey gear. It has created actual confusion in the public as to the source of authorized Seattle Metropolitans branded products. In addition to or in the alternative, Defendant has engaged in actionable reverse confusion. As the junior user with much greater economic power which has saturated the market with advertising and sales of a confusingly similar brand, Defendant has overwhelmed the marketplace power and value of Seattle Metropolitans trademarks. Defendant's actions have directly negatively impacted sales of authorized Seattle Metropolitans products, especially in this most important holiday buying season, as consumers believe that Defendant's confusingly branded products are associated with Seattle Metropolitans—an association Defendant has worked towards and intentionally sought as described above.

**ANSWER: Paragraph 39 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 39.**

40.     Defendant's infringement is intentional and willful. Adoption and use of the Seattle Metropolitans marks was clearly done to mimic the sight and sound of the well-known "S" logo.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Defendant's actions were long planned, dating as far back as 2018 when Defendant's CEO met with Seattle Metropolitans, wore its "S" logo jersey and said he would "talk to [Paul] later." Defendant sought to take advantage of a relatively unsophisticated individuals, surreptitiously using the marks without authorization, casually requesting the "S" logo color, all with the implication of a fair, long-term association, but in fact solely to benefit without any meaningful expense.

**ANSWER: Paragraph 40 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 40.**

41.     Defendant has known for years that it needed Seattle Metropolitans' trademark rights, either by license or acquisition, but has never been willing to a fair and commercially reasonable amount to acquire them, instead offering single season ticket, or a low-ball percentage, or a paltry amount for acquisition. When push came to shove and Defendant absolutely needed rights for its huge Winter Classic campaign and Seattle Metropolitans would not accept token compensation, despite warning to avoid infringement, Defendant could not and did not "go in a different direction." Instead, Defendant "spent hours upon hours designing the Winter Classic" apparel in an effort to get as close as possible to Seattle Metropolitans, ultimately adopting a virtually identical "S", red color, white border and white block letter design—including with specific reference to the 1917 Seattle Metropolitans Stanley Cup win—with the specific intention to create the association with Seattle Metropolitans that it so desperately sought to bolster its marketing efforts for the "throwback" Winter Classic.

**ANSWER: Denied.**

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

42. By letter dated December 15, 2023, Seattle Metropolitans notified Defendant of the trademark infringement and unfair competition and demanded, among other things, that Defendant cease and desist from its wrongful actions. Defendant refused to take action to promptly remedy the situation.

**ANSWER: Defendant admits that it received a letter from Plaintiff on December 15, 2023, in which Plaintiff falsely accused Defendant of trademark infringement. Defendant denies the remaining allegations in Paragraph 42.**

43. Defendant's use of Seattle Metropolitans trademarks have damaged Seattle Metropolitans in an amount to be proven at trial, but no less than a reasonable royalty commensurate with industry royalties offered by Seattle Metropolitans, Defendant and others, with commercially reasonable terms, and shall further include an amount of money necessary for corrective advertising so that Seattle Metropolitans may reclaim its reputation and goodwill as the only entity associated with Seattle Metropolitans hockey. Damages include not only use of Seattle Metropolitans trademarks on apparel and hockey paraphernalia, but also on generating ticket sales and advertising revenues associated with the Winter Classic so heavily promoted using Seattle Metropolitans brand, goodwill and reputation.

**ANSWER: Paragraph 43 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 43.**

44. Defendant has and will continue to unjustly benefit—at Seattle Metropolitans' expense—from gains, profits and advances derived from the promotion and sale of products in association with the confusingly similar marks, and Seattle Metropolitans is entitled to disgorgement of all such profit**s.**

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

**ANSWER: Paragraph 44 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 44.**

4

5

6

7

8

9

10

11

12

13

14

45.     These acts of Defendant have caused and, unless restrained by this Court, will continue to cause serious and irreparable harm to Seattle Metropolitans and to the goodwill and reputation associated with Seattle Metropolitans trademarks. Seattle Metropolitans is entitled to control all use of its marks and confusingly similar marks in association with the provision of apparel and hockey paraphernalia; to exclusively advertise and provide products in association with Seattle Metropolitans trademarks; to control the quality of products sold in association with Seattle Metropolitans trademarks; and to have Seattle Metropolitans trademarks or confusingly similar marks identify Seattle Metropolitans as the sole source and origin of apparel and hockey paraphernalia. Therefore, Seattle Metropolitans' remedy at law is not adequate to compensate for the injury caused and threatened by Defendant's infringement of its trademark rights and unfair business practices.

15

16

17

**ANSWER: Paragraph 45 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 45.**

18

### V.     CAUSES OF ACTION

19

**COUNT 1:     Federal Trademark Infringement:**

20

1.     Seattle Metropolitans realleges the preceding paragraphs of this complaint.

21

22

**ANSWER: Defendant incorporates by reference and re-alleges its responses to all previous paragraphs as if fully set forth herein.**

23

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1      2.    Defendant has, without consent of the Seattle Metropolitans, used in commerce a

2  reproduction, counterfeit, copy and/or colorable imitation of Seattle Metropolitans' registered

3  trademarks in connection with the advertising, offer for sale and sales of apparel and hockey

4  paraphernalia, and related hockey services, in a manner that is likely to cause confusion, or to

5  cause mistake, or to deceive in violation of 15 U.S.C. § 1114.

6      **ANSWER: Paragraph 2 states legal conclusions to which no response is required. To**

7  **the extent a response is required, Defendant denies the allegations contained in Paragraph**

8  **2.**

9  **COUNT II:**    **False Designation of Origin and Unfair Competition.**

10      3.    Seattle Metropolitans realleges the preceding paragraphs.

11      **ANSWER: Defendant incorporates by reference and re-alleges its responses to all**

12  **previous paragraphs as if fully set forth herein.**

13      4.    Defendant has engaged in false designation of origin and unfair competition by

14  use of Seattle Metropolitans trademarks and trade dress, including the infringing "S" mark

15  incorporating a red color, white border and white block letters, which is confusingly similar to

16  Seattle Metropolitans' trademark and trade dress, knowingly and willfully creating an affiliation

17  or connection between Defendant and Seattle Metropolitans in order to confuse and mislead the

18  public as to the source of the identical products in violation of 15 U.S.C. § 1125.

19      **ANSWER: Paragraph 4 states legal conclusions to which no response is required. To**

20  **the extent a response is required, Defendant denies the allegations contained in Paragraph**

21  **4.**

22  **COUNT III:**  **Consumer Protection Act Violation.**

23      5.    Seattle Metropolitans realleges the preceding paragraphs.

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1      **<u>ANSWER</u>: Defendant incorporates by reference and re-alleges its responses to all**

2 **previous paragraphs as if fully set forth herein.**

3      6.     Defendant has intentionally confused and misled the public in Washington State

4 and throughout the country. Defendant's actions constitute unfair methods of competition and

5 unfair deceptive acts and practices in the conduct of its trade or business, which were willfully

6 undertaken. Defendant's actions have affected and continue to affect the public interest in

7 Washington State as well as in other parts of the country. Defendant has demonstrated its

8 propensity for repetition of the wrongful actions. As a direct and causal result of Defendant's

9 unfair business practices and unfair and deceptive acts, Seattle Metropolitans has been damaged.

10      **<u>ANSWER</u>: Paragraph 6 states legal conclusions to which no response is required. To**

11 **the extent a response is required, Defendant denies the allegations contained in Paragraph**

12 **6.**

13      7.     Defendant's actions are in violation of the Washington State Consumer Protection

14 Act, R.C.W. § 19.86.020.

15      **<u>ANSWER</u>: Paragraph 7 states legal conclusions to which no response is required. To**

16 **the extent a response is required, Defendant denies the allegations contained in Paragraph**

17 **7.**

18      8.     Defendant's adoption of marks confusingly similar to Seattle Metropolitans

19 trademarks and trade dress has caused damage to Seattle Metropolitans at least equivalent to the

20 amount of money necessary to engage in corrective advertising and the amount associated with

21 past and foreseeable future revenues associated with Seattle Metropolitans given its history and

22 commercial success, which amount equals approximately $2.5 million as a good and reasonable

23 approximation of the lost goodwill, or otherwise to be proven at trial.

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   **ANSWER: Paragraph 8 states argument and legal conclusions to which no response**

2   **is required. To the extent a response is required, Defendant denies the allegations in**

3   **Paragraph 8.**

4   COUNT IV:   Common Law Trademark Infringement

5        9.     Seattle Metropolitans realleges the preceding paragraphs of this complaint.

6   **ANSWER: Defendant incorporates by reference and re-alleges its responses to all**

7   **previous paragraphs as if fully set forth herein.**

8        10.     Seattle Metropolitans trademark and trade dress are entitled to protection because

9   they are inherently distinctive of Seattle Metropolitans goods and services, including apparel,

10  hockey paraphernalia, and hockey-related services, and because they were used by Seattle

11  Metropolitans long before Defendant adopted confusingly similar marks and intentionally sought

12  to create an association with and trade on the goodwill and reputation of Seattle Metropolitans.

13  **ANSWER: Paragraph 10 states argument and legal conclusions to which no**

14  **response is required. To the extent a response is required, Defendant denies the allegations**

15  **in Paragraph 10.**

16       11.     Defendant has without consent of Seattle Metropolitans and with full knowledge of

17  Seattle Metropolitans rights, used in commerce a reproduction, counterfeit, copy and/or colorable

18  imitation of Seattle Metropolitans trademarks and trade dress in connection with the advertising,

19  offer for sale and sales of apparel and hockey paraphernalia and related hockey services in a manner

20  that is likely to cause confusion, or to cause mistake, or to deceive consumers

21  **ANSWER: Paragraph 11 states argument and legal conclusions to which no**

22  **response is required. To the extent a response is required, Defendant denies the allegations**

23  **in Paragraph 11.**

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

12.     Defendant's adoption of marks confusingly similar to Seattle Metropolitans trademarks and trade dress has caused damage to Seattle Metropolitans at least equivalent to the amount of money necessary to engage in corrective advertising and the amount associated with past and foreseeable future revenues associated with Seattle Metropolitans given its history and commercial success, which amount equals approximately $2.5 million as a good and reasonable approximation of the lost goodwill, or otherwise to be proven at trial.

**ANSWER: Paragraph 12 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 12.**

**COUNT V:     Unjust Enrichment**

13.     Seattle Metropolitans realleges the preceding paragraphs.

**ANSWER: Defendant incorporates by reference and re-alleges its responses to all previous paragraphs as if fully set forth herein.**

14.     Defendant has obtained a benefit from the use of marks confusingly similar to Seattle Metropolitans trademarks, and Defendant's use of marks has caused harm to Seattle Metropolitans. Defendant knew about Seattle Metropolitans trademarks, but nevertheless intentionally and willfully imitated them with the goal to trade on the brand awareness, goodwill and reputation therein.

**ANSWER: Paragraph 14 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 14.**

15.     Under the circumstances of this case, given the harm caused by Defendant, the knowledge it had of Seattle Metropolitans trademarks, and the benefits obtained by Defendant

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

through the use of marks confusingly similar to Seattle Metropolitans trademarks, it would be unjust to allow Defendant to retain any benefits proximately caused by its use of marks confusingly similar to Seattle Metropolitans trademarks.

**ANSWER: Paragraph 15 states argument and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 15.**

## VI.    PRAYER FOR RELIEF

**ANSWER: Section VI of Plaintiff's First Amended Complaint constitutes a Prayer for Relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief under any legal theory.**

## DEFENSES AND AFFIRMATIVE DEFENSES

Below are Defendant's affirmative defenses. By setting forth these affirmative defenses, Defendant does not assume any burden of proof as to any fact issue or other element of any cause of action that properly belongs to Plaintiff. Defendant reserves the right to amend or supplement its affirmative defenses.

1.    Some or all of Plaintiff's claims fail to state a claim upon which relief may be granted.

2.    All of Defendant's actions were undertaken in good faith, for legitimate and lawful reasons, and Defendant is not infringing and has not infringed upon Plaintiff's alleged intellectual property rights.

3.    Any reference Defendant has made to the Seattle Metropolitans has been historical in nature, including any references to the team's 1917 Stanley Cup win, and thus any use of Plaintiff's trademarks was nominative fair use.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4.     Defendant's use of Plaintiff's alleged trademark was part of a communicative message regarding Seattle's hockey history and was not use in commerce as a source identifier, and thus Defendant's use was protected under the First Amendment.

5.     Pending further discovery, Plaintiff's claim are barred in whole or in part by the defenses of estoppel, laches, acquiescence, unclean hands, statute(s) of limitation, and other equitable defenses.

6.     Plaintiff has suffered no injury or damage as a result of any act or conduct by Defendant.

7.     Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff does not own federal or common law trademark rights in all uses of the allegedly infringed trademarks.

8.     Plaintiff's Consumer Protection Act claim is barred because Defendant's actions were reasonable in relation to the development and preservation of business or which were not injurious to the public interest.

9.     Plaintiff's claims for injunctive relief are barred, in whole or in part, because Plaintiff is not likely to prevail on the merits of its claims, Plaintiff has not suffered and will not suffer irreparable harm because of Defendant's alleged conduct, and because Plaintiff has an adequate remedy at law for its alleged injury.

10.    Plaintiff's claims for exemplary damages, litigation expenses, and reasonable attorney's fees and costs are barred because Plaintiff's claims have no basis in fact or law. Defendant reserves the right to add further defenses should they become apparent during discovery or trial.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

**COUNTERCLAIM PLAINTIFF'S COUNTERCLAIMS**

2

Counterclaim-Plaintiff Seattle Hockey Partners LLC ("Kraken" or "Defendant"), states

3

the following on basis of fact and/or information and belief for its Counterclaims against

4

Counterclaim-Defendant Seattle Metropolitans Hockey LLC ("Plaintiff").

5

## I.      NATURE OF THIS ACTION

6

1.      This action is based, in part, on Plaintiff's purported trademark rights in the

7

Seattle Metropolitans word mark and Metropolitans' "S Seattle" logo for museum services,

8

including display of memorabilia and artifacts pertaining to a historical Seattle professional ice

9

hockey team, providing a website featuring information regarding the history of this ice hockey

10

team, conducting guided walking tours of a city and its landmarks, and organizing, arranging,

11

and conducting ice hockey games.

12

2.      In support of its claims, Plaintiff relies on and asserts ownership of federal

13

Registration No. 6777676 for the SEATTLE METROPOLITANS word mark ("the '676

14

Registration") and federal Application Ser. No. 98331136 for the "S Seattle" logo ("the '136

15

Application"), both of which cover "[m]useum services, namely, display of memorabilia and

16

artifacts pertaining to an historical Seattle professional ice hockey team, and providing a website

17

featuring information regarding the history of this ice hockey team; conducting guided walking

18

tours of a city and its landmarks; and organizing, arranging, and conducting of ice hockey

19

games" in International Class 41 (collectively, the "Class 41 Services").

20

3.      As Plaintiff concedes in its complaint, "Seattle Metropolitans" is the name, and "S

21

Seattle" is the logo, of an historical Seattle professional ice hockey team that played in the

22

Pacific Coast Hockey Association from 1914 to 1924. Thus, "Seattle Metropolitans" and the "S

23

Seattle" logo are the actual subject—and key components—of the museum services "pertaining

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

to an historical Seattle professional ice hockey team," and other Class 41 Services recited in the '676 Registration and '136 Application.

4.     Because "Seattle Metropolitans" and the "S Seattle" logo merely describe an ingredient, quality, characteristic, function, feature, purpose, or use of the Class 41 Services, they do not qualify for trademark protection—and are not eligible for federal registration on the Principal Register—in connection with the Class 41 Services.  Rather, to qualify for trademark protection and registration Plaintiff must show that "Seattle Metropolitans" and the "S Seattle" logo have acquired distinctiveness or "secondary meaning" as trademarks for the Class 41 Services through long, extensive, continuous, and substantially exclusive use by Plaintiff.

5.     Further, to the extent Plaintiff could show any use of "Seattle Metropolitans" and the "S Seattle" logo in the manner of a trademark with Class 41 Services, such use would be too little and for far too short a period for either "Seattle Metropolitans" and the "S Seattle" logo to acquire distinctiveness for the Class 41 Services. Accordingly, neither "Seattle Metropolitans" nor the "S Seattle" logo is sufficiently distinctive to be eligible for registration on the Principal Register and the '676 Registration must be cancelled and the '136 Application refused with regard to the Class 41 Services.

6.     Likewise, because Plaintiff has not, on information and belief, made bona fide use in commerce of the "Seattle Metropolitans" or the "S Seattle" logo in connection with all (or potentially any) of the recited Class 41 Services, the '676 Registration must be cancelled as to the Class 41 Services and the '136 Application refused as each was filed based on a claim of actual use in commerce that is lacking.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## II.    PARTIES

7.     Counterclaim-Plaintiff Kraken is a Delaware limited liability company having its principal place of business in Seattle, Washington. The Kraken is owed by Slapshot LLC, which is itself owned by FW Puck LLC.

8.     Counterclaim-Defendant Seattle Metropolitans Hockey, LLC is a Washington limited liability company having its principal place of business in Bellevue, Washington.

## III.    JURISDICTION AND VENUE

9.     This court has subject matter jurisdiction over the Counterclaim-Defendant pursuant to 15 U.S.C. § 1119, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a).

10.     Counterclaim-Defendant has also consented to the personal jurisdiction of this Court by filing its Amended Complaint.

11.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1).

## IV.    FACTS COMMON TO ALL COUNTERCLAIMS

### A.    Seattle Hockey Partners and the Kraken

12.     The Kraken are the newest expansion franchise in the NHL, the world's premier professional hockey league. The Kraken were awarded their franchise in 2018 and played their first NHL game in Seattle in 2021.

13.     Named after a mythical sea monster, the Kraken's brand identity evokes imagery of the Northwest's nautical heritage. The Kraken selected this identity in July 2020, following a highly publicized naming process, and the Kraken now own several U.S. trademark registrations, including the word mark "Seattle Kraken," which is the subject of USPTO Reg. No. 6,487,799 for International Classes 25 (clothing, including shirts) and 41 (sports services), and two distinctive logos, including the Kraken's primary logo, shown below.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6

| The primary logo, which is a stylized "S" with an eye (red, when depicted in color) and tentacle imagery, and which is the subject of USPTO Reg. No. 6,450,361 for International Classes 25 (clothing, including shirts) and 41 (sports services), and U.S. Copyright Reg. No. VA0002290189 |  |
| --- | --- |

7
8
9

A true and correct copy of the Kraken's '799 Registration is attached to and incorporated by reference into the pleadings as **Exhibit A.** The Kraken's primary logo has never been used to refer to other hockey franchises; it has been used exclusively to identify the Kraken.

10

**B.     The Seattle Metropolitans and Paul Kim**

11
12
13
14
15
16
17
18
19

14.     The Seattle Metropolitans were Seattle's first professional hockey team and played in the Pacific Coast Hockey Association for nine years, from 1915 to 1924. The Metropolitans were the first U.S.-based team to win the Stanley Cup championship, in 1917, when the Stanley Cup was awarded to the winner of the championship game between the Pacific Coast Hockey Association champion and the National Hockey Association champion. Because the Metropolitans were the first professional hockey team in Seattle, and the Stanley Cup has since become the NHL's championship trophy recognized as the pinnacle of professional ice hockey, the original Metropolitans team has a place in Seattle's hockey history, despite not playing as a professional team for almost 100 years.

20
21

15.     On information and belief, Paul Kim is Plaintiff's principal and a self-described hockey fan.

22
23
24

16.     On information and belief, sometime in 2015, Kim set up a website at the domain www.seattle-metropolitans.com as the "unofficial home of the Seattle Metropolitans." At the time the "About Us" page of the website stated, "This page was created in the hopes of getting

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    people together to revive the Seattle Metropolitans. NHL has been voicing their intent to have an

2    expansion team in Seattle and we believe if we can get enough people to voice our desire to

3    bring back the first American team to win the Stanley Cup, it can happen." Likewise, the

4    "Support Us" page stated, "You can support us by telling your friends and family about Seattle

5    Metropolitans accomplishments. . . . If you have any skills or ideas that could help us get the

6    Seattle Metropolitans to come back, please contact us. Let's work together and bring the

7    Metropolitans back." True and correct copies of the main landing page, "About Us" page, and

8    "Support Us" pages as they were archived by the Internet Archive's Wayback Machine" in or

9    about April, May, and July 2015 are attached hereto as **<u>Exhibit B</u>.**

10          17.    Kim's site initially included a team "History" page that substantially reproduced,

11    essentially verbatim, a brief history of the historical Seattle Metropolitans from 1915–1924,

12    written by Jeff Obermeyer that had been posed to Obermeyer's website at

13    <u>www.seattlehockey.net</u>. Indeed, the "History" page included a source acknowledgment at the

14    bottom of the page that linked to a page on Obermeyer's website containing Obermeyer's

15    original text set out underneath a caption reading "Seattle Metropolitans" that also included

16    several depictions of team members wearing jerseys bearing the "S Seattle" logo. True and

17    correct copies of Kim's "History" page and Obermeyer's "Seattle Metropolitans" page as they

18    were archived in or about April and May 2015 by the Wayback Machine are attached hereto as

19    **<u>Exhibit C</u>** and **Exhibit D.**

20          18.    Based on archived pages captured by the Wayback Machine, Obermeyer's

21    "Seattle Metropolitans" website page featuring information regarding the history of the ice

22    hockey team was continuously available from at least as early as March 2010 through January

23    2022.

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

19.     Kim's site also initially included "Results" and "Stats" pages that compiled game results, player rosters, and game statistics for all the Seattle Metropolitans hockey team's seasons from 1915–1924. The source acknowledgment at the bottom of both pages indicated that the data had been provided "courtesy of JustSportsStats.com" and included a hyperlink to a page on the JustSportsStat.com website with the "S Seattle" Logo and "Seattle Metropolitans Franchise History" caption appearing above links to listings of the team roster, statistics and results information for the 1915–1924 seasons. True and correct copies of Kim's "Results" page and JustSportsStats.com's "Seattle Metropolitans" page as they were archived in or about August 2015 and June 2017 by the Wayback Machine are attached hereto as **Exhibit E** and **Exhibit F**.

20.     Today, the JustSportsStats.com domain forwards to JustSportsStats.com's sister site StatsCrew.com, where a page featuring the same "S Seattle" Logo and "Seattle Metropolitans Franchise History" caption and historic team information continues to be available at https://www.statscrew.com/hockey/t-SEM.

21.     On information and belief, in or about 2021, Kim formed Plaintiff Seattle Metropolitans Hockey LLC and, thereafter, continued to operate the website at www.seattle-metropolitans.com through Plaintiff.

22.     On information and belief, between 2015 and the present day, neither Kim nor Plaintiff substantively altered, changed, or added to the content of the "History," "Results" or "Stats" pages.

23.     On information and belief, neither Kim nor Plaintiff has any connection to the historical Seattle Metropolitans organization or can claim to be assignee or successor-in-interest in any valid rights in or to any intellectual property developed or at one time owned by the organization. Indeed, as Plaintiff alleges in its complaint, neither it nor Kim claimed any rights in

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 37

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

the SEATTLE METROPOLITANS word mark prior to 2014. Moreover, Plaintiff's complaint

contains no allegations that Kim or Plaintiff acquired its alleged trademark rights in the

SEATTLE METROPOLITANS word mark or "S Seattle" logo as part of a chain of ownership

dating back to the historic Seattle Metropolitans hockey team's use of the marks in 1915–1924.

C.     **The Metropolitans' Museum Services Registration and Application**

24.     On March 2, 2021, Plaintiff filed an application with the United States Patent and

Trademark Office (the "Trademark Office"), Ser. No. 90556011, to register the SEATTLE

METROPOLTIANS word mark for, among other things, "[m]useum services, namely display of

memorabilia and artifacts pertaining to the Seattle Metropolitans Hockey Team, and providing

information regarding the history of the Seattle Metropolitans Hockey Team; conduct landmark

artifact tour; and organizing, arranging and conducting hockey games" in International Class 41.

Consistent with Plaintiff's claim not to rely on any basis for ownership other than its own alleged

use, Plaintiff's application specified December 4, 2015, as its claimed "first use anywhere" date

and "first use in commerce" date. Attached and incorporated by reference into the pleadings is

**Exhibit G**, which is a true and correct copy of the Plaintiff's March 2, 2021, application taken

from the Trademark Office's Trademark Status & Document Retrieval system.

25.     In support of the Application, Plaintiff attached as a specimen of use for the

recited services in Class 41 screenshots from Plaintiff's Facebook page and a screenshot from the

landing page of Plaintiff's website as it appeared at the time. The screenshot of the Plaintiff's

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 38

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  website shows a "Past Glory" box depicting historic Seattle Metropolitans hockey team

2  championship banners and brochure.

3

4

5

6

7

8

9

10  Accordingly, in the context of the page as a whole consumers would not view depictions of

11  "Seattle Metropolitans" (or the "S Seattle" logo) as performing a trademark function in

12  connection with the Class 41 Services. Rather, consumers would understand "Seattle

13  Metropolitans" (and the "S Seattle" logo) to function solely as a factual reference to the

14  historical Seattle Metropolitans ice hockey team that was the subject of the website's provision

15  of information about the history of the team. The screenshots from Plaintiff's Facebook page

16  likewise do not evidence use of "Seattle Metropolitans" as a trademark for any of the Class 41

17  Services. Rather, these screenshots at best show the phrase used descriptively in connection with

18  a few social media posts referencing historic facts about the historic Settle Metropolitans ice

19  hockey team. Attached and incorporated by reference into the pleadings is **Exhibit H**, which is a

20  true and correct copy of the Class 41 specimen Plaintiff filed with its March 2, 2021, application.

21       26.    On March 14, 2022, Plaintiff filed to amend its Class 41 services description to

22  read "Museum services, namely, display of memorabilia and artifacts pertaining to an historical

23  Seattle professional ice hockey team, and providing a website featuring information regarding

24

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 39

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

the history of this ice hockey team; conducting guided walking tours of a city and its landmarks; and organizing, arranging, and conducting of ice hockey games."

27.     Thereafter, the Trademark Office granted the application and the '676 Registration issued on July 5, 2022.

28.     On December 26, 2023—the same day Plaintiff filed its initial complaint against the Kraken—Plaintiff also filed the '136 Application with the Trademark Office seeking to register the "S Seattle" logo on the Principal Register for the Class 41 Services. Consistent with Plaintiff's claim not to rely on any basis for ownership other than its own alleged use, the '136 Application specified December 4, 2015, as Plaintiff's claimed "first use anywhere" date and "first use in commerce" date. Attached and incorporated by reference into the pleadings is **Exhibit I**, which is a true and correct copy of the Metropolitans' December 26, 2023, application taken from the Trademark Office's Trademark Status & Document Retrieval system.

29.     In support of the '136 Application, Plaintiff attached a specimen of use consisting of a screenshot from Plaintiff's website and screenshots from Plaintiff's Facebook page. The screenshot of the Plaintiff's website does not show the "S Seattle" logo used as a mark for any of the Class 41 Services; instead, it shows the "Shop" page of Plaintiff's website showing various items of modern day (i.e., non-historic) apparel adorned with the historic logo offered for purchase online. The screenshots from Plaintiff's Facebook page likewise do not evidence use of the "S Seattle" logo as a trademark for any of the Class 41 Services. Rather, these screenshots at best show the logo used descriptively in connection with a few social media posts referencing historic facts about the historic Settle Metropolitans ice hockey team. Attached and incorporated by reference into the pleadings is **Exhibit J**, which is a true and correct copy of the specimen Plaintiff filed with its December 26, 2023, application. This application is still pending, and it

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 40

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  has not been assigned to an examining attorney at the United States Patent and Trademark

2  Office.

3  ## V.    CAUSES OF ACTION

4  **COUNT 1:    Cancellation of U.S. Trademark Registration No. 6777676**

5      1.    The Kraken repeats and incorporates by reference the allegations of the preceding

6  paragraphs of the Counterclaims as if fully set forth herein.

7      2.    The Kraken seeks partial cancellation of the '676 Registration under 15 U.S.C.

8  §§ 1052(e), 1064(1), and 1119 because "Seattle Metropolitans" is merely descriptive of an

9  ingredient, quality, characteristic, function, feature, purpose, or use of the Class 41 Services for

10  which Plaintiff sought registration.

11      3.    Matter that "merely describes" the goods or services on or in connection with

12  which it is used is not registrable on the Principal Register absent a showing of acquired

13  distinctiveness under the Trademark Act, 15 U.S.C. § 1052(f).

14      4.    Performance of services involving the display of memorabilia and artifacts and

15  the provision of information pertaining to the historical Seattle Metropolitans hockey team

16  necessitate usage of the phrase "Seattle Metropolitans." Moreover, given the phrase's historical

17  meaning and significance, consumers encountering the phrase "Seattle Metropolitans" in the

18  context in which the Class 41 Services are officered will not perceive the use of "Seattle

19  Metropolitans" as functioning as a trademark, i.e., indicating a single commercial source of the

20  services, but rather as a description of the historical Seattle Metropolitans hockey team.

21      5.    To the extent Plaintiff can show that it has made any use of the phrase "Seattle

22  Metropolitans" in connection with the Class 41 Services, such use was neither substantially

23  exclusive nor of a nature, length, and extent to give rise to acquired distinctiveness in the phrase

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

"Seattle Metropolitans" in connection with the Class 41 Services, whether as of the time the '676 Registration issued or anytime thereafter. This is particularly true in view of the multiple instances of prior and concurrent use of the phrase "Seattle Metropolitans" in connection with providing a website featuring information regarding the history of the hockey team, including but not limited to Jeff Obermeyer's "Seattle Metropolitans" webpage and JustSportsStats.com's "Seattle Metropolitans" webpage, the substantive contents of which Plaintiff had copied. For this reason, the '676 Registration should be partially cancelled as to the Class 41 Services.

6.     Pursuant to 15 U.S.C. § 1064, the Kraken has standing to bring this claim because the Kraken believes that it is being and will be damaged by the continued registration of the '676 Registration for the Class 41 Services insofar as Plaintiff will maintain statutory rights in "Seattle Metropolitans" in connection with the Class 41 Services, when in fact, Plaintiff is not entitled to the full scope of such rights by virtue of the mere descriptiveness of the phrase and the absence of any acquired distinctiveness as of the date of registration, and insofar as Plaintiff seeks to rely on such rights in this action to prevent the Kraken from using "Seattle Metropolitans" to refer to the history of the historical Seattle Metropolitans hockey team as part of Seattle's hockey history.

**COUNT 2:     Partial Cancellation of U.S. Trademark Registration No. 6777676 (No Use in Commerce)**

1.     The Kraken repeats and incorporates by reference the allegations of the preceding paragraphs of the Counterclaims as if fully set forth herein.

2.     The Kraken seeks partial cancellation of the '676 Registration under 15 U.S.C. §§ 1051(a), 1053, 1064(1), and 1119 because Plaintiff, on information and belief, was not making and, for a continuous period of at least three or more years prior had not made, bona fide

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

use of "Seattle Metropolitans" in commerce in connection with all of the Class 41 Services as of '676 Registration's application filing date.

3.      Under 15 U.S.C. § 1051(a), only the "owner of a trademark used in commerce may request registration of its trademark." This provision is made applicable to service marks under Section 3 of the Act, 15 U.S.C. § 1053. Thus, for an application filed on the basis of actual use, use in commerce must have been made before the filing date of the application or the application is void.

4.      Under 15 U.S.C. § 1127, the term "use in commerce" means "the bona fide use of a mark in the ordinary course of trade, and not made merely to reserve a right in a mark."

5.      On information and belief, as of the March 2, 2021, application filing date for the '676 Registration, Plaintiff was not making and, for a continuous period of at least three or more years prior had not made, bona fide use of "Seattle Metropolitans" as a mark in connection with all of the Class 41 Services in any type of commerce that can be regulated by the U.S. Congress.

6.      Accordingly, Plaintiff could not claim actual use of the applied for "Seattle Metropolitans" mark in connection with all of the recited Class 41 Services as of the filing date of the '676 Registration, and the '676 Registration is void ab initio as to those Class 41 Services for which there was no use.

7.      Pursuant to 15 U.S.C. § 1064, the Kraken has standing to bring this claim because the Kraken believes that it is being and will be damaged by the continued registration of the '676 Registration for the Class 41 Services insofar as Plaintiff will maintain statutory rights in "Seattle Metropolitans" in connection with the Class 41 Services, when in fact, Plaintiff is not entitled to the full scope of such rights by virtue of Plaintiff's lack of use of the mark in commerce for the Class 41 Services as of the application filing date.

ANSWER TO FIRST AMENDED COMPLAINT
AND COUNTERCLAIMS (2:23-cv-1989JLR) - 43

**COUNT 3:**     **Refusal of U.S. Trademark Registration Application No. 98331136 (Mere Descriptiveness)**

1.     The Kraken repeats and incorporates by reference the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

2.     The Kraken seeks refusal of the '136 Application under 15 U.S.C. §§ 1052(e), 1063(a), and 1119 because the "S Seattle" logo is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of the Class 41 Services for which Plaintiff seeks registration.

3.     Performance of services involving the display of memorabilia and artifacts and the provision of information pertaining to the historical Seattle Metropolitans hockey team necessitate usage of the "S Seattle" logo. Moreover, given the logo's historical meaning and significance, consumers encountering the "S Seattle" logo in the context in which the Class 41 Services are offered will not perceive the use of the "S Seattle" logo as functioning as a trademark, i.e., indicating a single commercial source of the services, but rather as a description of the historical Seattle Metropolitans hockey team.

4.     To the extent Plaintiff can show that it has made any use of the "S Seattle" logo in connection with the Class 41 Services, such use was neither substantially exclusive nor of a nature, length, and extent to give rise to acquired distinctiveness in the "S Seattle" logo in connection with the Class 41 Services, whether as of the time the '136 Application was filed or anytime thereafter. This is particularly true in view of the multiple instances of prior and concurrent use of the "S Seattle" logo in connection with providing a website featuring information regarding the history of the hockey team. For this reason, the '136 Application should be refused.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5.      Pursuant to 15 U.S.C. § 1064, the Kraken has standing to bring this claim because the Kraken believes that it will be damaged by the registration of the "S Seattle" logo for the Class 41 Services insofar as Plaintiff will obtain statutory rights in the "S Seattle" logo in connection with the Class 41 Services, when in fact, Plaintiff is not entitled to the full scope of such rights by virtue of the mere descriptiveness of the logo and the absence of any acquired distinctiveness as of the application filing date, and insofar as Plaintiff seeks to rely on such rights in this action to prevent the Kraken from using the "S Seattle" logo to refer to the history of the historical Seattle Metropolitans hockey team as part of Seattle's hockey history.

**COUNT 4:      Refusal of U.S. Trademark Registration Application No. 98331136 (No Use in Commerce)**

1.      The Kraken repeats and incorporates by reference the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

2.      The Kraken seek refusal of '136 Application under § 1163(a) because Plaintiff, on information and belief, was not making and, for a continuous period of at least three or more years prior had not made, bona fide use of the "S Seattle" logo in commerce for all of the Class 41 Services recited in the '136 Application.

3.      On information and belief, as of the December 26, 2023 application filing date for the '136 Application, Plaintiff was not making and, for a continuous period of at least three or more years prior had not made, bona fide use of the "S Seattle" logo as a trademark in connection with some or all of the Class 41 Services in any type of commerce that can be regulated by the U.S. Congress. Accordingly, Plaintiff cannot claim actual use of the applied for "S Seattle" logo in connection with those Class 41 Services and the '136 Application is void *ab initio*.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

9.      Pursuant to 15 U.S.C. §§ 1063, 1119, the Kraken has standing to bring this claim because the Kraken will be damaged by the registration of the '136 Application insofar as Plaintiff will obtain statutory rights in the "S Seattle" logo in connection with the Class 41 Services, when in fact Plaintiff is not entitled to the full scope of such rights by virtue of its lack of use of the "S Seattle" logo in commerce for the Class 41 Services as of the application filing date.

## PRAYER FOR RELIEF

WHEREFORE, the Kraken prays for judgment as follows:

1.      That Plaintiff take nothing by way of the First Amended Complaint;

2.      That the First Amended Complaint and its purported causes of action be dismissed with prejudice;

3.      That the Court award Defendant its fees, expenses, and costs to the full extent permitted by law; and

4.      That the Court award such other relief as it deems just and proper under the circumstances.

5.      Directing, pursuant to Section 37 of the Lanham Act, 15 U.S.C. § 1119, the partial cancellation of U.S. Trademark Registration Number 6777676 as to the Class 41 Services and the refusal of U.S. Application Serial No. 98331136.

6.      That Defendant be awarded such other relief as the Court deems just, lawful, or equitable.

## JURY TRIAL DEMAND

The Kraken respectfully demand a trial by jury on all claims and issues so triable.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED 26th day of February, 2024.

2                                        Davis Wright Tremaine LLP
                                         *Attorneys for Defendant Seattle Hockey*
3                                        *Partners LLC*

4                                        s/ Bonnie MacNaughton
                                         Bonnie MacNaughton, WSBA # 36110
5                                        920 Fifth Avenue, Suite 3300
                                         Seattle, WA 98104-1604
6                                        Tel: (206) 622-3150
                                         Fax: (206) 757-7700
7                                        Email: bonniemacnaughton@dwt.com

8                                        s/ John D. Freed
                                         John D. Freed, *Pro Hac Vice*
9                                        50 California Street, Floor 23
                                         San Francisco, CA 94111
10                                       Tel: (415) 276-6500
                                         Fax: (415) 276-6599
11                                       Email: jakefreed@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2024-02-22 16:17:50 EST

**Mark:** SEATTLE KRAKEN

SEATTLE KRAKEN

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90065011 | **Application Filing Date:** | Jul. 21, 2020 |
| **US Registration Number:** | 6487799 | **Registration Date:** | Sep. 14, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 14, 2021

**Publication Date:** Dec. 15, 2020 **Notice of Allowance Date:** Feb. 09, 2021

# Mark Information

**Mark Literal Elements:** SEATTLE KRAKEN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "SEATTLE"

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Clothing, namely, bandanas, baseball caps, beach cover-ups, belts, body suits, boxer shorts, cloth bibs, coats, dresses, footwear, ear muffs, gloves, hats, headbands, hosiery, housecoats, jackets, jerseys, leggings, leotards, mittens, nightshirts, pajamas, pants, rain coats, rain wear, robes, scarves, shirts, shorts, skirts, socks, suits, sun visors being headwear, suspenders, sweaters, sweatpants, sweatshirts, swimsuits, swim trunks, t-shirts, ties, toques, underwear, vests, warm-up suits and wristbands

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 23, 2020 | **Use in Commerce:** | Jul. 23, 2020 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | SEATTLE HOCKEY PARTNERS LLC |
| **Owner Address:** | 10601 5th Avenue NE<br>Seattle, WASHINGTON UNITED STATES 98125 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Thomas H. Prochnow |
| **Attorney Primary Email Address:** | tprochnow@nhl.com |

**Attorney Email Authorized:** Yes

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Thomas H. Prochnow<br>NHL Enterprises, L.P.<br>395 Ninth Avenue<br>One Manhattan West<br>New York, NEW YORK UNITED STATES 10001 |
| **Phone:** | (212) 789-2000 |

**Fax:** (212) 789-2727

**Correspondent e-mail:** gbueti@nhl.com tprochnow@nhl.com LMcEvoy@nhl.com anunez@nhl.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 04, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 04, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 04, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 14, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 12, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 11, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 10, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 29, 2021 | USE AMENDMENT FILED | |
| Aug. 10, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jul. 29, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| May 19, 2021 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 09, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 15, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 15, 2020 | PUBLISHED FOR OPPOSITION | |
| Nov. 25, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 09, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 04, 2020 | EXAMINER'S AMENDMENT ENTERED | |
| Nov. 04, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Nov. 04, 2020 | EXAMINERS AMENDMENT E-MAILED | |
| Nov. 04, 2020 | EXAMINERS AMENDMENT -WRITTEN | |
| Nov. 04, 2020 | ASSIGNED TO EXAMINER | |

Aug. 19, 2020    NEW APPLICATION OFFICE SUPPLIED DATA ENTERED

Jul. 24, 2020    NEW APPLICATION ENTERED

# TM Staff and Location Information

| TM Staff Information - None | |
|---|---|
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Aug. 11, 2021 |

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| Total Assignments: 2 | Registrant: SEATTLE HOCKEY PARTNERS LLC |

### Assignment 1 of 2

| | |
|---|---|
| Conveyance: SECURITY INTEREST | |
| Reel/Frame: 7278/0059 | Pages: 7 |
| Date Recorded: May 03, 2021 | |
| Supporting Documents: assignment-tm-7278-0059.pdf | |

| Assignor | |
|---|---|
| Name: SEATTLE HOCKEY PARTNERS LLC | Execution Date: Apr. 30, 2021 |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: DELAWARE |

| Assignee | |
|---|---|
| Name: NATIONAL HOCKEY LEAGUE | |
| Legal Entity Type: UNINC. ASSOCIATION | State or Country Where Organized: NEW YORK |
| Address: 1185 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10036 | |

| Correspondent | |
|---|---|
| Correspondent Name: AL LUCIA | |
| Correspondent Address: PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK, NY 10036-8299 | |

| Domestic Representative - Not Found | |
|---|---|

### Assignment 2 of 2

| | |
|---|---|
| Conveyance: TRADEMARK SECURITY AGREEMENT | |
| Reel/Frame: 7282/0943 | Pages: 7 |
| Date Recorded: May 06, 2021 | |
| Supporting Documents: assignment-tm-7282-0943.pdf | |

| Assignor | |
|---|---|
| Name: SEATTLE HOCKEY PARTNERS LLC | Execution Date: Apr. 30, 2021 |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: DELAWARE |

| Assignee | |
|---|---|
| Name: CITIBANK, N.A. | |
| Legal Entity Type: NATIONAL BANKING ASSOCIATION | State or Country Where Organized: ALABAMA |
| Address: 153 EAST 53RD STREET, 18TH FLOOR THE CITIGROUP PRIVATE BANK, ATTENTION: JOHN GLEESON NEW YORK, NEW YORK 10022 | |

| Correspondent | |
|---|---|
| Correspondent Name: SHOKO NARUO | |

| | |
|---|---|
| **Correspondent Address:** | ONE US BANK PLAZA<br>THOMPSON COBURN LLP<br>ST. LOUIS, MO 63101 |

**Domestic Representative - Not Found**

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 2 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91283166 | **Filing Date:** | Feb 01, 2023 |
| **Status:** | Terminated | **Status Date:** | May 03, 2023 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

### Defendant

| | |
|---|---|
| **Name:** | Sean Halligan |
| **Correspondent Address:** | SEAN HALLIGAN<br>10210 NE CASEY ST<br>BAINBRIDGE ISLAND WA UNITED STATES , 98110 |
| **Correspondent e-mail:** | sean_hal@msn.com , tmapp@legalzoom.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KRAK ADDIKT | | 97127153 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Seattle Hockey Partners LLC |
| **Correspondent Address:** | JIA WANG<br>NHL ENTERPRISES, L.P.<br>ONE MANHATTAN WEST, 395 NINTH AVENUE<br>NEW YORK NY UNITED STATES , 10001 |
| **Correspondent e-mail:** | jwang@nhl.com , tprochnow@nhl.com , anunez@nhl.com , klynch@nhl.com , gbueti@nhl.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SEATTLE KRAKEN | | 90065011 | 6487799 |
| SEATTLE KRAKEN | | 90065020 | 6577557 |
| S | | 90068889 | 6450361 |
| S | | 90068891 | 6577561 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | May 03, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | May 03, 2023 | |
| 4 | NOTICE OF DEFAULT | Mar 24, 2023 | |
| 3 | INSTITUTED | Feb 01, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 01, 2023 | Mar 13, 2023 |
| 1 | FILED AND FEE | Feb 01, 2023 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91280858 | **Filing Date:** | Oct 05, 2022 |
| **Status:** | Terminated | **Status Date:** | Jan 09, 2023 |
| **Interlocutory Attorney:** | ASHLEY D HAYES | | |

**Defendant**

| | |
|---|---|
| **Name:** | Thomas Banas |
| **Correspondent Address:** | MARK BORGHESE<br>BORGHESE LEGAL, LTD.<br>10161 PARK RUN DRIVE, SUITE 150<br>LAS VEGAS NV UNITED STATES , 89145 |
| **Correspondent e-mail:** | mark@borgheselegal.com , docket@borgheselegal.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KRAK 'EM | | 90799563 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Seattle Hockey Partners LLC |
| **Correspondent Address:** | ANNA ROSENBLATT<br>NHL ENTERPRISES, L.P.<br>ONE MANHATTAN WEST, 395 NINTH AVENUE<br>NEW YORK NY UNITED STATES , 10001 |
| **Correspondent e-mail:** | arosenblatt@nhl.com , tprochnow@nhl.com , klynch@nhl.com , jwang@nhl.com , anunez@nhl.com , gbueti@nhl.com , stephen.john@nhl.com , jkuh@nhl.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SEATTLE KRAKEN | | 90065011 | 6487799 |
| SEATTLE KRAKEN | | 90065020 | 6577557 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jan 09, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Jan 09, 2023 | |
| 4 | NOTICE OF DEFAULT | Nov 25, 2022 | |
| 3 | INSTITUTED | Oct 05, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 05, 2022 | Nov 14, 2022 |
| 1 | FILED AND FEE | Oct 05, 2022 | |

# EXHIBIT B

http://seattle-metropolitans.com/

84 captures
29 Mar 2015 - 22 Nov 2023



THE UNOFFICIAL HOME OF THE

# SEATTLE
# METROPOLITANS

HOME | ABOUT US ▾ | TEAM ▾ | RESULTS ▾ | STATS ▾ | NEWS | SHOP

Countdown to the 100th anniversary of
Seattle Metropolitans' first game:
Celebrate with us on **December 7, 2015**

**2 1 9 : 1 1 : 4 5**
Days : Hours : Minutes



### BRINGING AN ARENA TO SEATTLE
Learn more about the proposed Sonics Arena.

Original Hockey Town, USA | A world-class arena for Seattle! | Why Seattle Needs a Team

## LATEST NEWS

Focus shifts from NBA to NHL for arena

Environmental report on new arena done by May 7

ESPN talks about bringing the NHL to Seattle

10 reasons for the NHL to expand to Seattle

Investor groups forming to bring NHL or NBA team to Seattle

Mayor meets with NHL, NBA commissioners

More News →

## PAST GLORY



1916-17 PCHA DIVISION CHAMPIONS

1918-19 PCHA DIVISION CHAMPIONS

1919-20 PCHA DIVISION CHAMPIONS



1917 STANLEY CUP CHAMPIONS





WASHINGTON
YOUTH HOCKEY

# SUPPORT US

**FOLLOW US ON INSTAGRAM** @SEATTLE_METROPOLITANS



HOME
TEAM
STATS
SHOP

ABOUT US
RESULTS
NEWS

© 2015 Seattle-Metropolitans.com



THE UNOFFICIAL HOME OF THE

# SEATTLE
# METROPOLITANS

   

HOME    ABOUT US ˅    TEAM ˅    RESULTS ˅    STATS ˅    NEWS    SHOP

## ABOUT US

**About Us**

Support Us

Contact Us

This page was created in the hopes of getting people together to revive the Seattle Metropolitans. NHL has been voicing their intent to have an expansion team in Seattle and we believe if we can get enough people to voice our desire to bring back the first American team to win the Stanley Cup, it can happen.



HOME

TEAM

STATS

SHOP

ABOUT US

RESULTS

NEWS

  

© 2015 Seattle-Metropolitans.com




http://seattle-metropolitans.com/about-us/support-us

37 captures
31 Jul 2015 - 2 Oct 2023



THE UNOFFICIAL HOME OF THE
# SEATTLE
# METROPOLITANS

  

HOME   ABOUT US ▾   TEAM ▾   RESULTS ▾   STATS ▾   NEWS

## SUPPORT US

About Us

**Support Us**

Contact Us

You can support us by telling your friends and family about Seattle Metropolitans accomplishments. If you would like to purchase shirts or sweatshirts to show your support, they will be available for you through this webpage by the end of April.

If you have any skills or ideas that could help us get the Seattle Metropolitans to come back, please contact us. Let's work together and bring the Metropolitans back.



HOME

TEAM

STATS

SHOP

ABOUT US

RESULTS

NEWS

   

© 2015 Seattle-Metropolitans.com

# EXHIBIT C





THE UNOFFICIAL HOME OF THE

## SEATTLE METROPOLITANS

HOME   ABOUT US ▾   TEAM ▾   RESULTS ▾   STATS ▾   NEWS   SHOP

**Team**

History

1917 Stanley Cup

Historical News

# HISTORY

The Pacific Coast Hockey Association (PCHA) was the brainchild of the Patrick family — brothers Frank and Lester, both former professional hockey players who moved west to assist in the family lumber business. With the financial support of their father Joe they financed the new league, which began play in British Columbia in 1912. The circuit quickly grew in prestige as the Patricks offered lucrative contracts to entice many of the best players from the National Hockey Association to come out west.

Seattle joined the league for the 1915-16 season with the construction of a new indoor artificial ice rink, the Seattle Arena, and a new team — the Metropolitans. The Mets, as they were known, rounded out the circuit of four teams, with other clubs in Vancouver, Victoria, and Portland.

## 1915-16

The Mets earned a 3-2 win at home against Victoria in their inaugural contest. Coach and manager Pete Muldoon led an excellent squad that included three future Hall-of-Famers — forwards Frank Foyston and Jack Walker, and goaltender Harry Holmes.

Seattle finished with a respectable 9-9 record, tied with Vancouver in second place. Bernie Morris paced the team and the league in goals with 23, though overall the Mets lacked a balanced offensive threat. Injuries were hard on the team from beginning to end, and with the small rosters of the PCHA missing games wasn't an option, so many skaters played with injuries on a regular basis.

On a positive note, the Mets finished with a 7-3 record at home (one "road" game against Victoria was actually played in Seattle) and drew good crowds all year. The people of Seattle had taken to hockey.

## 1916-17



# 1917 WORLD CHAMPIONS



1916-17 PCHA DIVISION CHAMPIONS

With a win on the road in Portland in the final game of the season, the Mets clinched the league championship on the strength of a 16-8 record. Bernie Morris led the league in scoring (37-17-54) while Frank Foyston, coming back from a disappointing 1915-16 campaign, finished third (36-12-48). The championship gave the Mets the right to host the winner of the NHA for the Stanley Cup, and by March the Montreal Canadiens were headed west for the series.

The Canadiens surprised the Mets with a decisive 8-4 win in the opening contest on March 17. Montreal showed no signs of wear from the long trip west, and the Mets appeared to have their hands full. However, the Mets rebounded with two wins of their own, 6-1 and 4-1, and now held a lead in the best-of-five series.

The fourth game was played on March 26 in front of a standing room crowd at the Arena. The Mets got on the board early and never looked back, crushing the Canadiens 9-1 to become the first American team to win the Stanley Cup. Unfortunately the Canadiens didn't bring the Cup out west with them, and it would be months before the players got to see the trophy.

The Mets outscored Montreal 23-10 in the series, with Morris and Foyston leading the Seattle attack with 14 and seven goals respectively. Six of Morris' goals came in the fourth and final game. After all the costs were deducted, the winners share of the receipts split by the Mets players amounted to a paltry $180 per man.

## 1917-18

The Mets started the season without some of their most important contributors. Manager Pete Muldoon took a coaching job in Oregon, while goaltender Harry Holmes spent the season in Toronto. Foyston was still with the club, but he sat out the first five games while the Canadian armed forces decided his draft status.

Despite the challenges, the Mets again finished atop the PCHA with a 11-7 record. However, the now three-team league instituted a playoff system for the championship, so the Mets had to face Vancouver in a two game, total goals playoff series. The first game, in Vancouver, ended a 2-2 tie. The second game was an upset, with Vancouver coming away with a 1-0 win and the series, handing the Mets only their second home loss of the season.

## 1918-19

Muldoon and Holmes returned to the fold, but though the club got out to a quick start a five game losing streak put them at 5-6. A strong second half got them to 11-9 by year end, good enough for second behind Vancouver. Another two-game playoff ensued, with the Mets winning the opener 6-1 and, despite losing 4-1 in the second game, earning a series win on total goals, 7-5. Once again the Mets earned the right to play for the Stanley Cup, and once again it was the Montreal Canadiens who had to make the long trek west (the series alternated hosts each season — since the NHA champs hosted the series in 1917-18, the PCHA hosted in 1918-19).

1918-19 PCHA DIVISION CHAMPIONS

The Mets held a two games to one lead in the series going into the fourth game which, despite a 20-minute overtime, ended in a 0-0 tie. Montreal won the fifth game, bringing the series to a 2-2-1 stalemate and forcing a decisive and previously unscheduled sixth game. What happened next is part of hockey lore. The Spanish Flu epidemic that was sweeping the globe in the wake of World War I finally reached Seattle, and a number of players from both teams became ill. The Canadiens were hit particularly hard, and the Seattle health department stepped in and cancelled the game citing a fear of spreading the flu in such a crowded environment. One of the Canadiens, Joe Hall, succumbed to the illness and died in a Seattle hospital on April 5. The series was called off, and the Stanley Cup was not awarded in 1919.

## 1919-20

The Metropolitans finished the season at 12-10 and for the third straight year faced Vancouver in the PCHA playoff. Vancouver took the first game of the series 3-1 in Seattle, but fell at home in the rematch 6-0, losing the series to the Mets on goals by a margin of 7-3.

1919-20 PCHA DIVISION CHAMPIONS

This time the Mets had to travel to play for the Stanley Cup, taking the long train ride east to face the NHA champion Ottawa Senators. The Senators played on an outdoor, natural rink, and unseasonably warm weather turned the rink into a slush pit as the teams split the first four games. Conditions became so bad that the fifth and final game was moved to the indoor artificial rink in Toronto. The Mets kept it close at 1-1 through the first two periods, but an injury to defenseman Bobby Rowe left the team shorthanded and the Senators picked up five unanswered goals in the third to win the series. It was the last time a Seattle team competed for the Stanley Cup.

## 1920-21

The Mets played in six overtime games over the course of the season, including a marathon 120-minute 4-4 tie against Victoria. A 12-11-1 record was good enough for another trip to the playoffs, yet again facing Vancouver. This time the Millionaires would not be denied, crushing the Mets 7-0 and 6-2 to win the series. Frank Foyston (26) and Jim Riley (23) finished in the top two spots in league goal scoring.

## 1921-22

For the fifth straight year Seattle and Vancouver met in the PCHA playoff, and for the second straight season the Millionaires got the best of the Mets, this time with a pair of 1-0 wins.

## 1922-23

The Mets survived an early season scare when forward Bernie Morris accidentally poisoned himself, keeping him out of the lineup for over two weeks. Fortunately Morris recovered, and due to a lull in the schedule he only missed on league game.

The Mets went into the last game of the season tied with Victoria, and the winner would earn the right to face Vancouver in the playoff. Seattle took a beating, falling behind early 5-0 and eventually losing by a score of 9-2. It was the first time the Mets did not make the playoff since the system was introduced during the 1918-19 season.

## 1923-24

The Mets finished the season with a 14-16 record, but ironically this was good enough for a tie with Vancouver for the top spot due to the new interlocking schedule with the WCHL. For the sixth and final time the two teams met for the PCHA crown. After a 2-2 tie in the opening game in Seattle, the teams finished regulation in the second game deadlocked at 1-1. Frank Boucher got the winner in overtime to dash the Mets hopes of one last shot at the Cup.

Following the 1923-24 season the team was disbanded and the vaunted Arena converted into a parking garage. In nine seasons the Mets had been impressive, with a 112-96-2 regular season record, a 73-30 home record, and three trips to the Stanley Cup finals. Despite the loss of the team and the disappearance of hockey from Seattle for the next four years, a number of former Mets were important figures in Seattle's hockey future. Pete Muldoon helped bring the game back to Seattle in 1928, Jack Walker returned as a player and a referee, and Frank Foyston spent time behind the bench and brought the city another championship.

*Courtesy of Jeff Obermeyer at SeattleHockey.net.*





HOME
TEAM
STATS
SHOP

ABOUT US
RESULTS
NEWS

© 2015 Seattle-Metropolitans.com

# EXHIBIT D

# Seattle Metropolitans

The Pacific Coast Hockey Association (PCHA) was the brainchild of the Patrick family - brothers Frank and Lester, both former professional hockey players who moved west to assist in the family lumber business.  With the financial support of their father Joe they financed the new league, which began play in British Columbia in 1912.  The circuit quickly grew in prestige as the Patricks offered lucrative contracts to entice many of the best players from the National Hockey Association to come out west.

Seattle joined the league for the 1915-16 season with the construction of a new indoor artificial ice rink, the Seattle Arena, and a new team - the Metropolitans.  The Mets, as they were known, rounded out the circuit at four teams, with other clubs in Vancouver, Victoria, and Portland.


Courtesy of Dave Eskenazi

**1915-16** - The Mets earned a 3-2 win at home against Victoria in their inaugural contest.  Coach and manager Pete Muldoon (left) led an excellent squad that included three future Hall-of-Famers - forwards Frank Foyston and Jack Walker, and goaltender Harry Holmes.

Seattle finished with a respectable 9-9 record, tied with Vancouver in second place.  Bernie Morris paced the team and the league in goals with 23, though overall the Mets lacked a balanced offensive threat.  Injuries were hard on the team from beginning to end, and with the small rosters of the PCHA missing games wasn't an option, so many skaters played with injuries on a regular basis.

On a positive note, the Mets finished with a 7-3 record at home (one 'road' game against Victoria was actually played in Seattle) and drew good crowds all year.  The people of Seattle had taken to hockey.

**1916-17** - With a win on the road in Portland in the final game of the season, the Mets clinched the league championship on the strength of a 16-8 record.  Bernie Morris led the league in scoring (37-17-54) while Frank Foyston, coming back from a disappointing 1915-16 campaign, finished third (36-12-48).  The championship gave the Mets the right to host the winner of the NHA for the Stanley Cup, and by March the Montreal Canadiens were headed west for the series.

The Canadiens surprised the Mets with a decisive 8-4 win in the opening contest on March 17.  Montreal showed no signs of wear from the long trip west, and the Mets appeared to have their hands full.  However, the Mets rebounded with two wins of their own, 6-1 and 4-1, and now held a lead in the best-of-five series.



The fourth game was played on March 26 in front of a standing room crowd at the Arena.  The Mets got on the board early and never looked back, crushing the Canadiens 9-1 to become the first American team to win the Stanley Cup.  Unfortunately the Canadiens didn't bring the Cup west with them, and it would be months before the players got to see the trophy.

The Mets outscored Montreal 23-10 in the series, with Morris and Foyston leading the Seattle attack with 14 and seven goals respectively.  Six of Morris' goals came in the fourth and final game.  After all the costs were deducted, the winners share of the receipts split by the Mets players amounted to a paltry $160 per man.

**1917-18** - The Mets started the season without some of their most important contributors.  Manager Pete Muldoon took the coaching job in Oregon, while goaltender Harry Holmes spent the season in Toronto.  Foyston was still with the club, but he sat out the first five games while the Canadian armed forces decided about his draft status.

Despite the challenges, the Mets again finished atop the PCHA with a 11-7 record.  However, the now three-team league instituted a playoff system for the championship, so the Mets had to face Vancouver in a two game, total goals playoff series.  The first game, in Vancouver, ended a 2-2 tie.  The second game was an upset, with Vancouver coming away with a 1-0 win and the series, handing the Mets only their second home loss of the season.

**1918-19** - Muldoon and Holmes returned to the fold, but though the club got out to a quick start a five game losing streak put them at 5-6.  A strong second half got them to 11-9 by year end, good enough for second behind Vancouver.  Another two-game playoff ensued, with the Mets winning the opener 6-1 and, despite losing 4-1 in the second game, earning a series win on total goals, 7-5.  Once again the Mets earned the right to play for the Stanley Cup, and once again it was the Montreal Canadiens who had to make the long trek west (the series alternated hosts each season - since the NHA champs hosted the series in 1917-18, the PCHA hosted in 1918-19).

The Mets held a two games to one lead in the series going into the fourth game which, despite a 20-minute overtime, ended in a 0-0 tie.  Montreal won the fifth game, bringing the series to a 2-2-1 stalemate and forcing a decisive and previously unscheduled sixth game.  What happened next is part of hockey lore.  The Spanish Flu epidemic that was sweeping the globe in the wake of World War I finally reached Seattle, and a number of players from both teams became ill.  The Canadiens were hit particularly hard, and the Seattle health department stepped in and cancelled the game citing a fear of spreading the flu in such a crowded environment.  One of the Canadiens, Joe Hall, succumbed to the illness and died in a Seattle hospital on April 5.  The series was called off, and the Stanley Cup was not awarded in 1919.

**1919-20** - The Metropolitans finished the season at 12-10 and for the third straight year faced Vancouver in the PCHA playoff.  Vancouver took the first game of the series 3-1 in Seattle, but fell at home in the rematch 6-0, losing the series to the Mets on goals by a margin of 7-3.

This time the Mets had to travel to play for the Stanley Cup, taking the long train ride east to face the NHA champion Ottawa Senators.  The Senators played on an outdoor, natural rink, and unseasonably warm weather turned the rink into a slush pit as the teams split the first four games.  Conditions became so bad that the fifth and final game was moved to the indoor artificial rink in Toronto.  The Mets kept it close at 1-1 through the first two periods, but an injury to defenseman Bobby Rowe left the team shorthanded and the Senators picked up five unanswered goals in the third to win the series.  It was the last time a Seattle team competed for the Stanley Cup.


Courtesy Dave Eskenazi

**1920-21** - The Mets played in six overtime games over the course of the season, including a marathon 120-minute 4-4 tie against Victoria.  A 12-11-1 record was good enough for another trip to the playoffs, yet again facing Vancouver.  This time the Millionaires would be denied, crushing the Mets 7-0 and 6-2 to win the series.  Frank Foyston (26) and Jim Riley (23) finished in the top two spots in league goal scoring.

**1921-22** - For the fifth straight year Seattle and Vancouver met in the PCHA playoff, and for the second straight season the Millionaires got the best of the Mets, this time with a pair of 1-0 wins.

**1922-23** - The Mets survived an early season scare when forward Bernie Morris accidentally poisoned himself, keeping him out of the lineup for over two weeks.  Fortunately Morris recovered, and due to a lull in the schedule he only missed one league game.

The Mets went into the last game of the season tied with Victoria, and the winner would earn the right to face Vancouver in the playoff.  Seattle took a beating, falling behind early 5-0 and eventually losing by a score of 9-2.  It was the first time the Mets did not make the playoff since the system was introduced during the 1918-19 season.

**1923-24** - The Mets finished the season with a 14-16 record, but ironically this was good enough for a tie with Vancouver for the top spot due to the new interlocking schedule with the WCHL.  For the sixth and final time the two teams met for the PCHA crown.  After a 2-2 tie in the opening game in Seattle, the teams finished regulation in the second game deadlocked at 1-1.  Frank Boucher got the winner in overtime to dash the Mets hopes of one last shot at the Cup.

Following the 1923-24 season the team was disbanded and the vaunted Arena converted into a parking garage.  In nine seasons the Mets had been impressive, with a 112-96-2 regular season record, a 73-30 home record, and three trips to the Stanley Cup finals.  Despite the loss of the team and the disappearance of hockey from Seattle for the next four years, a number of former Mets were important figures in Seattle's hockey future.  Pete Muldoon helped bring the game back to Seattle in 1928, Jack Walker returned as a player and a referee, and Frank Foyston spent time behind the bench and brought the city another championship.

[SEATTLE HOCKEY HOME](#)

Questions?  Comments?  Stories to share?  Memorabilia to sell?  Send me an [email](#)!

USAGE: If material from this website is quoted or otherwise used as a reference source in a published work in any format, please provide the proper citations/credit.  Thanks!

© Jeff Obermeyer 2000-2009

# EXHIBIT E

INTERNET ARCHIVE
http://seattle-metropolitans.com/results                                    Go

23 captures
2 Aug 2015 - 2 Oct 2023



THE UNOFFICIAL HOME OF THE

# SEATTLE METROPOLITANS

  

HOME    ABOUT US ▾    TEAM ▾    RESULTS ▾    STATS ▾    NEWS

## RESULTS

We've compiled the game results of all the Metropolitans' seasons. Also available are player stats.

| 1915 – 16 | 1916 – 17 | 1917 – 18 |
| 1918 – 19 | 1919 – 20 | 1920 – 21 |
| 1921 – 22 | 1922 – 23 | 1923 – 24 |

*Data courtesy of JustSportsStats.com.*



HOME
TEAM
STATS
SHOP

ABOUT US
RESULTS
NEWS

   

© 2015 Seattle-Metropolitans.com

# EXHIBIT F



**Just Sports Stats**

Baseball ▾

Basketball ▾

Football ▾

Hockey ▾

Soccer ▾

Other ▾

About Us ▾

Check out our sister site StatsCrew.com

**S** **Seattle Metropolitans**
**Franchise History**

1915-16 Seattle Metropolitans - Roster - Stats - Results
1916-17 Seattle Metropolitans - Roster - Stats - Results
1917-18 Seattle Metropolitans - Roster - Stats - Results
1918-19 Seattle Metropolitans - Roster - Stats - Results
1919-20 Seattle Metropolitans - Roster - Stats - Results
1920-21 Seattle Metropolitans - Roster - Stats - Results
1921-22 Seattle Metropolitans - Roster - Stats - Results
1922-23 Seattle Metropolitans - Roster - Stats - Results
1923-24 Seattle Metropolitans - Roster - Stats - Results

Home
About JSS | Contact JSS | Site Usage | Privacy Policy

Statistical help provided by the Stats Crew

Copyright © 2017 Just Sports Stats

Privacy Policy

Search website

Google Custom Search

**SHARE**

Tweet

**POPULAR PAGES**

Sports Statistics on

# EXHIBIT G

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90556011**
**Filing Date: 03/02/2021**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90556011 |
| **MARK INFORMATION** | |
| *MARK | SEATTLE METROPOLITANS |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SEATTLE METROPOLITANS |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Seattle Metropolitans Hockey LLC |
| **INTERNAL ADDRESS** | Unit 1226 |
| *MAILING ADDRESS | 10650 NE 9th Place |
| *CITY | Bellevue |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 98004 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Washington |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 036 |
| *IDENTIFICATION | Fundraising to help failing local small businesses, and to raise funds for youth hockey programs and skating rinks |
| **FILING BASIS** | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/04/2015 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/04/2015 |
| SPECIMEN FILE NAME(S) | |

| | |
|---|---|
| **ORIGINAL PDF FILE** | SPE0-1-24175316-202103021<br>35926444005_._SEATTLE_MET ROPOLITANS_-<br>_Class_36.pdf |
| **CONVERTED PDF FILE(S)**<br>**(7 pages)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0009.JPG |
| **SPECIMEN DESCRIPTION** | screenshots from Applicant's Facebook page showing use of the mark in connection with the services |
| **WEBPAGE URL** | https://www.facebook.com/793847297292770/posts/10679832 63212504/?d=n |
| **WEBPAGE DATE OF ACCESS** | 03/02/2021 |
| **WEBPAGE URL** | https://www.facebook.com/seattlemetros |
| **WEBPAGE DATE OF ACCESS** | 03/02/2021 |
| **INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Museum services, namely display of memorabilia and artifacts pertaining to the Seattle Metropolitans Hockey Team, and providing information regarding the history of the Seattle Metropolitans Hockey Team; conducting landmark artifact tour; and organizing, arranging, and conducting hockey games |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 12/04/2015 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 12/04/2015 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-24175316-20210302135<br>926444005_._SEATTLE_METRO POLITANS_-<br>_Class_41.pdf |
| **CONVERTED PDF FILE(S)**<br>**(7 pages)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\560\90556011\xml1\ APP0013.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\560\90556011\xml1\ APP0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\560\90556011\xml1\ APP0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\560\90556011\xml1\ APP0016.JPG |
| SPECIMEN DESCRIPTION | screenshots from Applicant's website and Facebook page showing use of the mark in connection with the services |
| WEBPAGE URL | http://seattle-metropolitans.com/ |
| WEBPAGE DATE OF ACCESS | 03/02/2021 |
| WEBPAGE URL | https://www.facebook.com/seattlemetros |
| WEBPAGE DATE OF ACCESS | 03/02/2021 |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | E. Russell Tarleton |
| ATTORNEY DOCKET NUMBER | 540101.20001 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Seed IP Law Group LLP |
| INTERNAL ADDRESS | Suite 5400 |
| STREET | 701 Fifth Avenue |
| CITY | Seattle |
| STATE | Washington |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 98104 |
| PHONE | 206-622-4900 |
| FAX | 206-682-6031 |
| EMAIL ADDRESS | USTM.docketing@SeedIP.com |
| OTHER APPOINTED ATTORNEY | Kevin S. Costanza, Jared M. Barrett, Hayley J. Talbert, Syed Abedi, Duncan Stark, Russell C. Pangborn, Marc C. Levy, Brooke W. Quist, Kevan L. Morgan, Stephen J. Rosenman, Bradley Zentz, Brigid C. Mahoney, and Thomas A. Shewmake |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | E. Russell Tarleton |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | USTM.docketing@SeedIP.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |

| *TOTAL FEES DUE | 700 |
|---|---|
| *TOTAL FEES PAID | 700 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /E. Russell Tarleton/ |
| SIGNATORY'S NAME | Tarleton, E. Russell |
| SIGNATORY'S POSITION | Attorney for Applicant, Washington State Bar Member |
| SIGNATORY'S PHONE NUMBER | 206-622-4900 |
| DATE SIGNED | 03/02/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90556011**
**Filing Date: 03/02/2021**

## To the Commissioner for Trademarks:

**MARK:** SEATTLE METROPOLITANS (Standard Characters, see mark)
The literal element of the mark consists of SEATTLE METROPOLITANS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Seattle Metropolitans Hockey LLC, a limited liability company legally organized under the laws of Washington, having an address of

    Unit 1226
    10650 NE 9th Place
    Bellevue, Washington 98004
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 036:  Fundraising to help failing local small businesses, and to raise funds for youth hockey programs and skating rinks

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 12/04/2015, and first used in commerce at least as early as 12/04/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshots from Applicant's Facebook page showing use of the mark in connection with the services.

**Original PDF file:**
SPE0-1-24175316-202103021 35926444005_._SEATTLE_MET ROPOLITANS_-_Class_36.pdf
**Converted PDF file(s)** (7 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Webpage URL: https://www.facebook.com/793847297292770/posts/1067983263212504/?d=n
Webpage Date of Access: 03/02/2021
Webpage URL: https://www.facebook.com/seattlemetros
Webpage Date of Access: 03/02/2021

International Class 041:  Museum services, namely display of memorabilia and artifacts pertaining to the Seattle Metropolitans Hockey Team; and providing information regarding the history of the Seattle Metropolitans Hockey Team; conducting landmark artifact tour; and organizing, arranging, and conducting hockey games

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 12/04/2015, and first used in commerce at least as early as 12/04/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshots from Applicant's website and Facebook page showing use of the mark in connection with the services.

**Original PDF file:**
SPE0-24175316-20210302135 926444005_._SEATTLE_METRO POLITANS_-_Class_41.pdf
**Converted PDF file(s)** (7 pages)

Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Webpage URL: http://seattle-metropolitans.com/
Webpage Date of Access: 03/02/2021
Webpage URL: https://www.facebook.com/seattlemetros
Webpage Date of Access: 03/02/2021


The owner's/holder's proposed attorney information: E. Russell Tarleton. Other appointed attorneys are Kevin S. Costanza, Jared M. Barrett, Hayley J. Talbert, Syed Abedi, Duncan Stark, Russell C. Pangborn, Marc C. Levy, Brooke W. Quist, Kevan L. Morgan, Stephen J. Rosenman, Bradley Zentz, Brigid C. Mahoney, and Thomas A. Shewmake. E. Russell Tarleton of Seed IP Law Group LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 5400
    701 Fifth Avenue
    Seattle, Washington 98104
    United States
    206-622-4900(phone)
    206-682-6031(fax)
    USTM.docketing@SeedIP.com
The docket/reference number is 540101.20001.
E. Russell Tarleton submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    E. Russell Tarleton

    PRIMARY EMAIL FOR CORRESPONDENCE: USTM.docketing@SeedIP.com    SECONDARY EMAIL ADDRESS(ES)
(COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /E. Russell Tarleton/   Date: 03/02/2021
Signatory's Name: Tarleton, E. Russell
Signatory's Position: Attorney for Applicant, Washington State Bar Member
Signatory's Phone Number: 206-622-4900
Signature method: Sent to third party for signature
Payment Sale Number: 90556011
Payment Accounting Date: 03/02/2021

Serial Number: 90556011
Internet Transmission Date: Tue Mar 02 18:06:02 ET 2021
TEAS Stamp: USPTO/BAS-XX.XX.XX.XX-202103021806023864
59-90556011-77092ad5e3819b0485869423e2b3
3852f9dba0854fa437f418c430472d79c3dce4-C
C-06014869-20210302135926444005

# SEATTLE METROPOLITANS

https://www.facebook.com/793847297292770/posts/1067983263212504/?d=n -- accessed March 2, 2021



https://www.facebook.com/seattlemetros -- accessed March 2, 2021













http://seattle-metropolitans.com/ -- accessed March 2, 2021



https://www.facebook.com/seattlemetros -- accessed March 2, 2021













It's OFFICIAL! Snoqualmie Ice Arena is NOW OPEN🎉

Snoqualmie Mayor Matt Larson and Senator Mark Mullet were alongside Sno-King executives for the ceremonial ri...
See More

👍😍😯 69                                                          1 Share

👍 Like          💬 Comment          ↗ Share

**Seattle Metropolitans**
August 31, 2020 · 🌐

When it Mattered Most
August 29, 2020

This is one of my favorite pieces I've written  Seattle Metropolitans Head Coach Pete Muldoon was Seattle's first superstar athlete and later became the patriar...
See More

HISTORYLINK.ORG
**Muldoon, Pete (1887-1929)**
Pete Muldoon (1887-1929) was Seattle's archetypal sports hero. Born in St. Mary's, Ontario, he moved to Seattle in his early twenties and soon rose to prominence as a

See more of Seattle Metropolitans on Facebook

| Log In | or | Create New Account |

# EXHIBIT H

https://www.facebook.com/793847297292770/posts/1067983263212504/?d=n -- accessed March 2, 2021



https://www.facebook.com/seattlemetros -- accessed March 2, 2021













http://seattle-metropolitans.com/ -- accessed March 2, 2021



https://www.facebook.com/seattlemetros -- accessed March 2, 2021













See more of Seattle Metropolitans on Facebook

# EXHIBIT I

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98331136**
**Filing Date: 12/26/2023**

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| SERIAL NUMBER | 98331136 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | S, SEATTLE |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the letter "S" containing the word SEATTLE running from the top of the letter to the bottom with the letters evenly spaced throughout. The letter "S" is solid with a solid line boarder. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 165 x 149 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Seattle Metropolitans Hockey LLC |
| *MAILING ADDRESS | 10650 NE 9th Place, Unit 1226 |
| *CITY | Bellevue |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 98004 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Washington |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 041 |
| | Museum services, namely, display of memorabilia and artifacts pertaining to an historical Seattle professional ice hockey team, |

| | |
|---|---|
| *IDENTIFICATION | and providing a website featuring information regarding the history of this ice hockey team; conducting guided walking tours of a city and its landmarks; and organizing, arranging, and conducting of ice hockey games |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 12/04/2015 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 12/04/2015 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-9712675229-202312261 94301339461_._Seattle_Metropolitans_S_logo_specimen_Class_041.pdf |
| **CONVERTED PDF FILE(S)** (13 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\311\98331136\xml1\ APP0015.JPG |
| **SPECIMEN DESCRIPTION** | Screenshots from Applicant's website and Facebook page showing use of the mark in connection with the services |
| **WEBPAGE URL** | seattle-metropolitans.com/shop; https://www.facebook.com/seattlemetros |
| **WEBPAGE DATE OF ACCESS** | 12/26/2023 |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **ATTORNEY INFORMATION** | |

| NAME | Mark V. Jordan |
|---|---|
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Bracepoint Law, P.S. |
| STREET | 2775 Harbor Avenue SW, Suite D |
| CITY | Seattle |
| STATE | Washington |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 98126 |
| PHONE | 206-212-0030 |
| EMAIL ADDRESS | mjordan@bracepointlaw.com |
| OTHER APPOINTED ATTORNEY | Steve Edmiston |
| RECOGNIZED CANADIAN ATTORNEY/AGENT | Mark V. Jordan |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Mark V. Jordan |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | mjordan@bracepointlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademark@bracepointlaw.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Mark V. Jordan/ |
| SIGNATORY'S NAME | Mark V. Jordan |
| SIGNATORY'S POSITION | Attorney of record, Washington state bar member |
| SIGNATORY'S PHONE NUMBER | 206-212-0030 |
| DATE SIGNED | 12/26/2023 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98331136**
**Filing Date: 12/26/2023**

## To the Commissioner for Trademarks:

**MARK:** S, SEATTLE (stylized and/or with design, see mark)
The literal element of the mark consists of S, SEATTLE. The applicant is not claiming color as a feature of the mark. The mark consists of the letter "S" containing the word SEATTLE running from the top of the letter to the bottom with the letters evenly spaced throughout. The letter "S" is solid with a solid line boarder.
The applicant, Seattle Metropolitans Hockey LLC, a limited liability company legally organized under the laws of Washington, having an address of

    10650 NE 9th Place, Unit 1226
    Bellevue, Washington 98004
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 041: Museum services, namely, display of memorabilia and artifacts pertaining to an historical Seattle professional ice hockey team, and providing a website featuring information regarding the history of this ice hockey team; conducting guided walking tours of a city and its landmarks; and organizing, arranging, and conducting of ice hockey games

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 12/04/2015, and first used in commerce at least as early as 12/04/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots from Applicant's website and Facebook page showing use of the mark in connection with the services.

**Original PDF file:**
SPE0-9712675229-202312261 94301339461_._Seattle_Met ropolitans_S_logo_specime n_Class_041.pdf
**Converted PDF file(s)** (13 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11
Specimen File12
Specimen File13
Webpage URL: seattle-metropolitans.com/shop; https://www.facebook.com/seattlemetros
Webpage Date of Access: 12/26/2023
Webpage URL: None Provided
Webpage Date of Access: None Provided

The owner's/holder's proposed attorney information: Mark V. Jordan. Other appointed attorneys are Steve Edmiston. Recognized Canadian attorney(s)/agent(s) is/are Mark V. Jordan. Mark V. Jordan of Bracepoint Law, P.S., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

2775 Harbor Avenue SW, Suite D
Seattle, Washington 98126
United States
206-212-0030(phone)
mjordan@bracepointlaw.com

Mark V. Jordan submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Mark V. Jordan
PRIMARY EMAIL FOR CORRESPONDENCE: mjordan@bracepointlaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademark@bracepointlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Mark V. Jordan/  Date: 12/26/2023
Signatory's Name: Mark V. Jordan
Signatory's Position: Attorney of record, Washington state bar member
Signatory's Phone Number: 206-212-0030
Signature method: Signed directly within the form

Payment Sale Number: 98331136
Payment Accounting Date: 12/26/2023

Serial Number: 98331136
Internet Transmission Date: Tue Dec 26 20:06:58 ET 2023
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2023122620065999
9939-98331136-860f9cca6385ca9e2db9edccda
7c9d8f4c0403bafbc150345cc274a253b71ca3-C
C-06585124-20231226194301339461





**THE OFFICIAL HOME OF THE**
**SEATTLE**
**METROPOLITANS**
**(HTTP://SEATTLE-METROPOLITANS.COM)**



(https://www.facebook.com/seattlemetros)    (http://twitter.com/S_Metropolitans)    (http://instagram.com/seattle_metropolitans)

(http://seattle-metropolitans.com/feed)

# SHOP

Showing all 9 results

Sort by popularity

            

**ORIGINAL HOCKEY TOWN U.S.A. SHIRT**

$25.00

(http://seattle-metropolitans.com/shop/shirts/original-hockey-town-usa)

**Select options (http://seattle-metropolitans.com/shop/shirts/original-hockey-town-usa)**

**SNAPBACK HAT**

$25.00

(http://seattle-metropolitans.com/shop/hats/snapback-hat-black)

**Add to cart (?add-to-cart=941)**

**CHEST LOGO BLACK T**

$25.00

(http://seattle-metropolitans.com/shop/shirts/chest-logo-black)

**Select options (http://seattle-metropolitans.com/shop/shirts/chest-logo-black)**

**SOCKS**

$20.00

(http://seattle-metropolitans.com/shop/ot...

**Select options (http://seattle-metropolitans.com/sho...**



            

### JERSEY

$165.00
(http://seattle-metropolitans.com/shop/jersey/jersey-pre-order-delivered-august-1st-2022)

**Select options (http://seattle-metropolitans.com/shop/jersey/jersey-pre-order-delivered-august-1st-2022)**

### JERSEY-WHITE

$165.00
(http://seattle-metropolitans.com/shop/jersey/jersey-white)

**Select options (http://seattle-metropolitans.com/shop/jersey/jersey-white)**

### SOCKS (GREEN)

$20.00
(http://seattle-metropolitans.com/shop/uncategorized/socks-green)

**Select options (http://seattle-metropolitans.com/shop/uncategorized/socks-green)**

### SEATTLE GIRLS TEAM SHIRT

$25.00
(http://seattle-metropolitans.com/shop/shirt/seattle-girls-team-shirt)

**Select options (http://seattle-metropolitans.com/shop/shirt/seattle-girls-team-shirt)**



### FLAG

$40.00

(http://seattle-metropolitans.com/shop/uncategorized/flag)

**Add to cart (?add-to-cart=4852)**

### HOME (HTTP://SEATTLE-METROPOLITANS.COM/)

### ABOUT US (HTTP://SEATTLE-METROPOLITANS.COM/ABOUT-US)

### TEAM (HTTP://SEATTLE-METROPOLITANS.COM/TEAM)

### RESULTS (HTTP://SEATTLE-METROPOLITANS.COM/RESULTS)

12/26/23, 4:40 PM                                    Shop - Seattle Metropolitans

## STATS (HTTP://SEATTLE-METROPOLITANS.COM/STATISTICS)

## NEWS (HTTP://SEATTLE-METROPOLITANS.COM/NEWS)

## SHOP (HTTP://SEATTLE-METROPOLITANS.COM/SHOP)

 (https://www.facebook.com/seattlemetros)  (http://twitter.com/S_Metropolitans)  (http://instagram.com/seattle_metropolitans)  (http://seattle-metropolitans.com/feed)

© 2015 Seattle-Metropolitans.com





# Seattle Metropolitans

4.7K followers • 49 following

Message     Follow     Search

## Intro

Seattle Metropolitans was the first American team to ever win the Stanley Cup.

ⓘ **Page** · Professional Sports Team

🌐 seattle-metropolitans.com

## Photos                                           See all photos



12/26/23, 4:58 PM                                                     Facebook

        



Privacy · Terms · Advertising · Ad Choices [▷ · Cookies · More · Meta © 2023

## Posts

 Filters

**Seattle Metropolitans**
December 14 at 6:48 PM · 🌐

Fun fact for the game tonight. Our coach Pete Muldoon was Chicago Blackhawks first ever coach





12/26/23, 4:58 PM                                    Facebook



**Seattle Metropolitans**

FOX13SEATTLE.COM
**Updated Seattle Metropolitans book covering team history after Stanley Cup win now on sale**

11

👍 Like          💬 Comment          ↗ Share

Write a comment...

**Seattle Metropolitans**
December 5 at 11:50 AM · 🌐

Scarves are back in stock. Seattle-Metropolitans.com/shop

31                                              1 share

12/26/23, 4:58 PM                                          Facebook

Write a comment...

**Seattle Metropolitans**
November 30 at 4:44 PM · 🌐

Seattle Metropolitans vs Vancouver Millionaires

Photo credit: James Laverance January 30th 1921 game



12/26/23, 4:58 PM                                        Facebook

Like          Comment          Share

View more comments

**Gary West**
This would make a great poster print!!
3w    Like    Reply

Write a comment...

**Seattle Metropolitans**
November 29 at 10:49 AM · 🌐



12/26/23, 4:58 PM                                    Facebook

U.S. National Sled Hockey Team roster ✔️
Team USA is set to compete in the Para Hockey Cup, December 3-9, in Quispamsis, New Brunswick!

Details → bit.ly/412MShz

👍 2

| 👍 Like | 💬 Comment | ↪ Share |
| --- | --- | --- |

Write a comment...

**Seattle Metropolitans**
November 24 · 🌐



12/26/23, 4:58 PM                                    Facebook



**Bench Clearers**
November 24 · 🌐

BLACK ▪ FRIDAY SPECIAL RELEASE!🔔
@seattle_metropolitans #hockeytanks & #hoodies out now! 🙌Ⓜ
👉Shop the collection @ BenchClearers.com

👍❤ 21                                                    1 comment

👍 Like          💬 Comment          ↪ Share

**Seattle Metropolitans**
November 22 · 🌐                                              ...

Flags are back in stock. $40.00 +tax.

Seattle-Metropolitans.com/shop

Facebook

        

31

Like | Comment | Share

Write a comment...

12/26/23, 4:58 PM                                    Facebook



# EXHIBIT J



THE OFFICIAL HOME OF THE

# SEATTLE
# METROPOLITANS
## (HTTP://SEATTLE-METROPOLITANS.COM)

 (https://www.facebook.com/seattlemetros)    (http://twitter.com/S_Metropolitans)   (http://instagram.com/seattle_metropolitans)

(http://seattle-metropolitans.com/feed)

# SHOP

Showing all 9 results

Sort by popularity









**ORIGINAL HOCKEY TOWN U.S.A. SHIRT**

$25.00

(http://seattle-metropolitans.com/shop/shirts/original-hockey-town-usa)

**Select options (http://seattle-metropolitans.com/shop/shirts/original-hockey-town-usa)**

**SNAPBACK HAT**

$25.00

(http://seattle-metropolitans.com/shop/hats/snapback-hat-black)

**Add to cart (?add-to-cart=3941)**

**CHEST LOGO BLACK T**

$25.00

(http://seattle-metropolitans.com/shop/shirts/chest-logo-black)

**Select options (http://seattle-metropolitans.com/shop/shirts/chest-logo-black)**

**SOCKS**

$20.00

(http://seattle-metropolitans.com/shop/ot-...)

**Select options (http://so...-metropolitans.com/sho...**









12/26/23, 4:40 PM                                        Shop - Seattle Metropolitans

| JERSEY | JERSEY-WHITE | SOCKS (GREEN) | SEATTLE GIRLS TEAM SHIRT |
|---|---|---|---|
| $165.00 (http://seattle-metropolitans.com/shop/jerseys/jersey-pre-order-delivered-august-1st-2022) | $165.00 (http://seattle-metropolitans.com/shop/jerseys/jersey-white) | $20.00 (http://seattle-metropolitans.com/shop/other/socks-green) | $25.00 (http://seattle-metropolitans.com/shop/shirts/seattle-girls-team-shirt) |

**Select options (http://seattle-metropolitans.com/shop/jerseys/jersey-pre-order-delivered-august-1st-2022)**

**Select options (http://seattle-metropolitans.com/shop/jerseys/jersey-white)**

**Select options (http://seattle-metropolitans.com/shop/other/socks-green)**

**Select options (http://seattle-metropolitans.com/shop/shirts/seattle-girls-team-shirt)**



**FLAG**

$40.00

(http://seattle-metropolitans.com/shop/uncategorized/flag)

**Add to cart (?add-to-cart=4852)**

**HOME (HTTP://SEATTLE-METROPOLITANS.COM/)**

**ABOUT US (HTTP://SEATTLE-METROPOLITANS.COM/ABOUT-US)**

**TEAM (HTTP://SEATTLE-METROPOLITANS.COM/TEAM)**

**RESULTS (HTTP://SEATTLE-METROPOLITANS.COM/RESULTS)**

## STATS (HTTP://SEATTLE-METROPOLITANS.COM/STATISTICS)

## NEWS (HTTP://SEATTLE-METROPOLITANS.COM/NEWS)

## SHOP (HTTP://SEATTLE-METROPOLITANS.COM/SHOP)

 (https://www.facebook.com/seattlemetros)   (http://twitter.com/S_Metropolitans)   (http://instagram.com/seattle_metropolitans)   (http://seattle-metropolitans.com/feed)

© 2015 Seattle-Metropolitans.com

12/26/23, 4:58 PM                                    Facebook



# Seattle Metropolitans

4.7K followers • 49 following

Message · Follow · Search

## Intro

Seattle Metropolitans was the first American team to ever win the Stanley Cup.

Page · Professional Sports Team

🌐 seattle-metropolitans.com

## Photos                                    See all photos

12/26/23, 4:58 PM                                    Facebook

          



Privacy · Terms · Advertising · Ad Choices  · Cookies · More · Meta © 2023

## Posts

 Filters

 **Seattle Metropolitans**
December 14 at 6:48 PM · 🌐

Fun fact for the game tonight. Our coach Pete Muldoon was Chicago Blackhawks first ever coach

12/26/23, 4:58 PM                                Facebook



12/26/23, 4:58 PM                                        Facebook



**Seattle Metropolitans**

FOX13SEATTLE.COM
**Updated Seattle Metropolitans book covering team history after Stanley Cup win now on sale**

👍❤️ 11

👍 Like          💬 Comment          ↗ Share

Write a comment…

**Seattle Metropolitans**
December 5 at 11:50 AM · 🌐

Scarves are back in stock. Seattle-Metropolitans.com/shop

31                                                    1 share

12/26/23, 4:58 PM                                    Facebook

Write a comment...

**Seattle Metropolitans**
November 30 at 4:44 PM · 🌐

Seattle Metropolitans vs Vancouver Millionaires

Photo credit: James Laverance January 30th 1921 game



12/26/23, 4:58 PM                                                                 Facebook

View more comments

**Gary West**
This would make a great poster print!!

3w   Like   Reply

Write a comment...

**Seattle Metropolitans**
November 29 at 10:49 AM · 🌐



12/26/23, 4:58 PM                                        Facebook

U.S. National Sled Hockey Team roster ✔️

Team USA is set to compete in the Para Hockey Cup, December 3-9, in Quispamsis, New Brunswick!

Details → bit.ly/412MShz

👍 2

| 👍 Like | 💬 Comment | ↪ Share |
|---|---|---|

Write a comment...

**Seattle Metropolitans**
November 24 · 🌐





12/26/23, 4:58 PM                                                Facebook

            

👍❤️ 31

👍 Like              💬 Comment              ↪ Share

Write a comment...

12/26/23, 4:58 PM                                    Facebook

