Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 23-cv-1989JLR<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

This Joint Status Report is filed by the Parties through their respective counsel.

**1.      Statement of the Nature and Complexity of the Case**

<u>Seattle Metropolitans' Statement:</u>

The Seattle Metropolitans hockey team was Seattle's first professional hockey team and played in the Pacific Coast Hockey Association from 1915 to 1924, when both the team and league ceased operating under their respective brands. After nearly 100 years of abandonment, the Seattle Metropolitans' "S" logo and SEATTLE METROPOLITANS word trademarks and trade dress was adopted in 2015 and made famous over the last decade in the Pacific Northwest and beyond in association with apparel, apparel, hockey paraphernalia, organizing, arranging and conducting ice hockey games, fundraising services for youth hockey programs and skating rinks, museum and

JOINT STATUS REPORT - 1
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

display services by Paul Kim, life-long hockey fan, founder and sole member of Seattle Metropolitans Hockey LLC. Seattle Metropolitans has perfected these exclusive rights in both incontestable federal trademark registrations as well as common law rights stemming from substantial and continuous use of the mark with all types of hockey-related goods and services, as outlined in detail in Seattle Metropolitans' amended complaint (Dkt. 12).

Kraken has long known about Paul, his exclusive ownership and use of the famous "S" logo and SEATTLE METROPOLITANS mark, created over nearly the past decade—including long before the Kraken franchise came into existence. Kraken was given the opportunity to legally license or otherwise obtain authorization to use Seattle Metropolitans' famous brands as it sought to connect with and develop Pacific Northwest hockey fans, and when it refused was specifically warned not to copy, creative a derivative mark or otherwise seek association with Seattle Metropolitans, but chose instead to willfully infringe Seattle Metropolitans rights. Kraken launched its Winter Classic jerseys and related merchandise and related services, which incorporates the virtually identical "S," red color, white border and white block letter design of the federally registered and famous Seattle Metropolitans "S" logo:

 

In a clear attempt to create an association with Seattle Metropolitans' established legacy, brand and goodwill related to Pacific Northwest hockey—owned exclusively by Seattle Metropolitans—Kraken further imitated the horizontal color band jersey configuration long associated with Seattle

JOINT STATUS REPORT - 2
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Metropolitans, and even made specific reference to Seattle Metropolitans' 1917 Stanley Cup championship by featuring "1917" prominently on the jersey collar:



Kraken's actions were calculated and willfully intended to create a false association between Kraken and Seattle Metropolitans, not only its famous brand as seen on all types of apparel and hockey paraphernalia, but also related to organizing, arranging and conducting ice hockey games and other hockey-related services.

This is an action for injunctive relief and monetary damages arising out of Kraken's unauthorized use of Seattle Metropolitans' famous "S" logo and SEATTLE METROPOLITANS word trademarks and trade dress, as well as federal and state unfair competition based on the manner in which Kraken has mislead the public regarding the source for products and related services, and unjust enrichment.

**Kraken's Statement:**

The Kraken are the newest expansion franchise in the National Hockey League, the world's premier professional hockey league. The Kraken played their first NHL game in Seattle in 2021. The Seattle Metropolitans hockey team was Seattle's first professional hockey team and played in the Pacific Coast Hockey Association from 1915 to 1924. Because the historical Metropolitans hockey team was both the first professional hockey team in Seattle and the first U.S.-based team

JOINT STATUS REPORT - 3
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

to win the Stanley Cup championship in 1917, the Metropolitans has a place in Seattle's hockey history, despite not playing as a professional team for almost 100 years.

The Seattle Metropolitans LLC is an entity registered by Paul Kim, who obtained trademark Registration No. 5103397 for the word mark "Seattle Metropolitans" and trademark Registration No. 4928419 for the "S Seattle" logo in 2016. Both registrations are limited to goods and services in International Class 25, including baseball caps and hats, beanies, pants, shirts, sleepwear, socks, sports jerseys, sweat pants, sweat shirts, and sweaters. In 2022, the Seattle Metropolitans LLC obtained trademark Registration No. 677676 ("the '676 Registration) for the "Seattle Metropolitans" word mark for use in goods and services in International Class 41. In 2023, the Seattle Metropolitans LLC filed Application Serial No. 98331136 ("the '136 Application") for the "S Seattle" logo to be registered for the same International Class 41 services. Neither the Seattle Metropolitans LLC nor Kim have made non-descriptive, bona fide use of the "Seattle Metropolitans" word mark or "S Seattle" logo in commerce with respect to the services claimed in International Class 41. And although the Seattle Metropolitans LLC may own limited rights in the "Seattle Metropolitans" word mark and "S Seattle" logo, neither Kim nor the Seattle Metropolitans LLC have any other connection to the historical Seattle Metropolitans hockey team.

After learning of the NHL's expansion into Seattle, Kim sought to license the "S Seattle" logo and the "Seattle Metropolitans" word mark to the new franchise. The franchise did not incorporate or adopt the historic Seattle Metropolitans color scheme or identity in developing the Kraken's unique brand identity. Instead, the Kraken's branded the team after a mythical sea monster to evoke imagery of the Northwest's nautical heritage.

The NHL Winter Classic is one of the NHL's most popular annual events and one of just a few marquee outdoor NHL hockey games played each season. Because Seattle hosted the 2024 Winter Classic—which featured the Kraken as a participating team—the Kraken contacted Kim to discuss the possibility of using the Seattle Metropolitans LLC's "S Seattle" trademark as part

JOINT STATUS REPORT - 4
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

of the Winter Classic campaign. Ultimately, the Kraken and the Seattle Metropolitans LLC did not come to an agreement for the use of the trademarks. Instead, The Kraken adopted a Winter Classic brand identity that is based on the Kraken's own primary "S" logo and incorporated the Winter Class Logo on a variety of merchandise that is similar to the Kraken's regular-season merchandise.

| Winter Classic Logo | Defendant's Primary Logo (U.S. Reg. Nos. 6450361 & 6577561) |
|---|---|
|  |  |

**2.   Deadline for Joining Additional Parties**

Plaintiff/Counterclaim-Defendant and Defendant/Counterclaim-Plaintiff (collectively the "Parties") propose that additional parties be joined by May 20, 2024.

**3.   Referral to Magistrate Judge**

No.

**4.   Proposed Discovery Plan**

The parties suggest the following discovery plan:

**(A)   FRCP 26(a) Initial Disclosures**

The Parties exchanged initial disclosures on March 13, 2024.

JOINT STATUS REPORT - 5
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**(B)** **Subjects, Timing and Potential Phasing of Discovery**

Without waiving any objections to the relevance or admissibility of information and documents implicated by the description of topics, the Parties believe that the subject matter of their discovery may include the following:

- Plaintiff and Defendant trademarks/brands selection/acquisition/adoptions/use
- Marketing, licensing and revenue information related to Plaintiff and Defendant trademarks/brands, including apparel and paraphernalia sales, licensing, game-related and other revenue-generating information
- Defendant's pre-litigation knowledge of Plaintiff's trademarks/brands
- Correspondence and other documents relating to communications between the parties
- Claims asserted and defenses raised by the parties
- Damages, including evidence regarding reasonable royalty
- Defendant's pre-litigation investigation regarding Plaintiff's trademarks/brands

The Parties do not believe that discovery should be conducted in phases or be limited to or focused upon particular issues.

**(C)** **Electronically stored information**

The Parties believe that discovery will implicate the exchange of electronically stored information.

The Parties believe that a modified version of the Model Agreement Regarding Discovery of Electronically Stored Information And Order should be entered, whether by stipulation or motion. The Parties will submit a proposed Agreement Regarding Discovery of Electronically Stored Information And Order.

**(D)** **Privilege issues**

The Parties believe that privilege logs should be exchanged for any claimed privileged material that existed prior to December 15, 2023, the date the lawsuit was threatened, at a mutually

JOINT STATUS REPORT - 6
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

agreeable date after discovery production, in advance of any discovery motion deadline. The Parties do not believe that privilege logs should be exchanged for any claimed privilege materials created on or after the date the lawsuit was filed.

**(E)     Proposed limitations on discovery**

The Parties do not believe that any changes should be made to the limitations on discovery imposed under the Federal and Local Civil Rules, or that any other limitations should be imposed.

**(F)     Discovery related orders**

The Parties believe that a Protective Order under FRCP 26(c) or comparable agreement will be required to limit the disclosure of confidential, commercially sensitive information and documents such as financial and business records.

The Parties are not presently aware of any other orders that should be entered by the Court under FRCP 26(c) or under Local Rule CR 16(b) and (c).

**5.     Local Rule 26(f)(1) issues**

The Parties offer the following statements regarding Rule 26(f)(1):

**(A)     Prompt case resolution**

The Parties propose to undertake ADR as soon as mutually agreeable ADR can be scheduled.

**(B)     Alternative dispute resolution**

The Parties believe that mediation is the preferred ADR method.

**(C)     Related cases**

None.

**(D)     Discovery management**

The Parties will work together to minimize discovery disputes. The parties have agreed to service via email. The agreement on email service provides an alternative acceptable form of service in addition to the other traditional forms of service (e.g., mail, hand delivery) that are

JOINT STATUS REPORT - 7
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

provided for under the Rules. Should any email with attachments exceed 20 MB in size, the Parties have agreed to either (a) divide the attachments into separate emails of no more than 20 MB each; (b) provide a cloud drive link where the documents can be downloaded; or (c) serve using one of the other traditional forms of service.

The Parties have further agreed to allow exchange of significant document production via ftp, links to cloud drives, or equivalent secure electronic file transfer mechanism.

**(E)     Anticipated discovery sought**

See 4(B) above.

**(F)     Phasing motions**

The Parties do not anticipate any phasing motions.

**(G)     Preservation of discoverable information**

The Parties have taken steps to preserve relevant information and documents.

**(H)     Privilege issues**

See 4(D) above. Also, the Parties agree to follow FRE 502 regarding inadvertent production.

**(I)     Model Protocol for Discovery of ESI**

The Parties believe that a modified version of the Model Agreement Regarding Discovery of Electronically Stored Information is the best way to prevent and address disputes.

**(J)     Alternative to Model Protocol**

None.

**6.     Date for completion of discovery**

The Parties believe that fact discovery can be completed by February 10, 2025.

**7.     Bifurcation**

The parties see no need to bifurcate any issues.

JOINT STATUS REPORT - 8
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

8. **Pretrial Statements and Order**

The Parties do not see any reason to alter the pretrial statements or orders.

9. **Suggestions for Shortening or Simplifying the Case**

The Parties agree to proceed in good faith and to meet and confer as necessary.

10. **Date Ready for Trial**

The Parties believe that this matter should be ready for trial by May 19, 2025.

11. **Trial by Jury**

A jury trial has been requested.

12. **Number of Trial Days Required**

The Parties anticipate that trial of this matter will require five (5) court days.

13. **Names, Addresses and Telephone Numbers of Trial Counsel**

Plaintiff:    David A. Lowe, WSBA No. 24453
              Lowe@LoweGrahamJones.com
              LOWE GRAHAM JONES^PLLC
              1325 Fourth Avenue, Suite 1130
              Seattle, Washington 98101
              T: 206.381.3303

Defendant:    Bonnie MacNaughton, WSBA No. 36110
              bonniemacnaughton@dwt.com
              920 Fifth Avenue, Suite 3300
              Seattle, WA 98104-1604
              206.622.3150

              John D. Freed (admitted *Pro Hac Vice*)
              jakefreed@dwt.com
              50 California Street, Floor 23
              San Francisco, CA 94111
              415.276.6500

14. **Complications for trial counsel**

None at present.

JOINT STATUS REPORT - 9
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**15.   Service**

All Parties have been served.

**16.   Scheduling Conference**

The Parties do not request an early scheduling conference.

**17.   Disclosure statements**

Plaintiff filed its FRCP 7.1 and LCR 7.1 statement on December 27, 2023. (Dkt. 2).

Defendant filed its FRCP 7.1 and LCR 7.1 statement on January 19, 2024. (Dkt. 10).

RESPECTFULLY SUBMITTED March 15, 2024.

| | |
|---|---|
| **LOWE GRAHAM JONES**<sup>PLLC</sup> | **Davis Wright Tremaine LLP** |
| s/David A. Lowe, WSBA No. 24453 | *s/ Bonnie MacNaughton, WSBA No. 36110* |
| Lowe@LoweGrahamJones.com | bonniemacnaughton@dwt.com |
| 1325 Fourth Avenue, Suite 1130 | 920 Fifth Avenue, Suite 3300 |
| Seattle, Washington 98101 | Seattle, WA 98104-1604 |
| T: 206.381.3303 | T: 206.622.3150 |
| F: 206.381.3301 | F: 206.757.7700 |
| | |
| *Attorneys for Seattle Metropolitans Hockey LLC* | *s/ John D.* Freed |
| | jakefreed@dwt.com |
| | Admitted *Pro Hac Vice* |
| | 50 California Street, Floor 23 |
| | San Francisco, CA 94111 |
| | T: 415.276.6500 |
| | F: 415.276.6599 |
| | |
| | *Attorneys for Defendant and Counterclaim-Plaintiff Seattle Hockey Partners LLC* |

JOINT STATUS REPORT - 10
Civil Action No. 23-cv-1989JLR
METS-6-0001 P05 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301