Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 23-cv-1989JLR<br><br>(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS |

 This matter having come before the Court on Plaintiff Seattle Metropolitans Hockey LLC's motion to dismiss, and the Court having reviewed the motion and all papers in support and opposition thereof and arguments of counsel, hereby ORDERS that Plaintiff's motion is GRANTED, and Counts 3 and 4 of Defendant's counterclaims are DISMISSED WITH PREJUDICE.

DATED:_____

_____
United States District Judge

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS - 1

Civil Action No. 23-cv-1989JLR

METS-6-0001 P10 PORD

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1  Presented by:
2
3  s/David A. Lowe, WSBA No. 24453
    Lowe@LoweGrahamJones.com
4  LOWE GRAHAM JONES^PLLC
   1325 Fourth Avenue, Suite 1130
5  Seattle, Washington 98101
   T: 206.381.3303
6
7  Attorneys for Plaintiff Seattle Metropolitans
    Hockey LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(PROPOSED) ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS COUNTERCLAIMS - 2
Civil Action No. 23-cv-1989JLR
METS-6-0001 P10 PORD

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301