Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 23-cv-1989JLR<br><br>NOTICE TO WITHDRAW PENDING MOTION |

As outlined in Plaintiff Seattle Metropolitans Hockey LLC's ("Seattle Metropolitans") motion to dismiss (Dkt. 18), under preexisting legal authority in this jurisdiction, Counts 3 and 4 of Defendant's counterclaims pertaining to Seattle Metropolitans' pending federal trademark application failed to state a claim or, in the alternative, were not subject to the Court's jurisdiction. *Farm & Trade, Inc. v. FarmTrade, Ltd. Liab. Co.*, 2014 U.S. Dist. LEXIS 56799, at *20-21 (E.D. Cal. Apr. 23, 2014); *Eko Brands, LLC v. Adrian Rivera Maynez Enters.*, 2020 U.S. Dist. LEXIS 17014, at *43 n.20 (W.D. Wash. Jan. 30, 2020); *La Quinta Worldwide, LLC v. Q.R.T.M., S.A. de C.V.*, 2012 U.S. Dist. LEXIS 190130, at *23-24 (D. Ariz. Mar. 29, 2012) (declining to enjoin party from prosecuting its trademark registrations as beyond the Court's authority); *see also* 15 U.S.C. § 1119.

NOTICE TO WITHDRAW PENDING MOTION - 1
Civil Action No. 23-cv-1989JLR
METS-6-0001 P11 NOTWithdrawal

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Since filing that motion, a Ninth Circuit panel issued *BBK Tobacco & Foods Ltd. Liab. P'ship v. Cent. Coast Agric., Inc*., 2024 U.S. App. LEXIS 7602, at *6 (9th Cir. Apr. 1, 2024), which changed the legal authority in this jurisdiction. While Seattle Metropolitans reserves all right to challenge Defendant's counterclaims should the panel decision be overturned *en banc* or on appeal, in light of this new development and with an eye towards judicial economy, Seattle Metropolitans withdraws its motion.

RESPECTFULLY SUBMITTED: April 12, 2024.

s/ David A. Lowe, WSBA No. 24453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3303

Attorneys for Seattle Metropolitans Hockey LLC

I certify that this memorandum contains 216 words, in compliance with the Local Civil Rules.

NOTICE TO WITHDRAW PENDING MOTION - 2
Civil Action No. 23-cv-1989JLR
METS-6-0001 P11 NOTWithdrawal

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301