Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 23-cv-1989JLR<br><br>PLAINTIFF'S ANSWER TO COUNTERCLAIMS |

Plaintiff Seattle Metropolitans Hockey LLC ("Seattle Metropolitans") hereby answers the counterclaims asserted by Defendant (Dkt. 15).

## I. NATURE OF THE ACTION

1. Admit.
2. Admit.
3. Deny.
4. Deny.
5. Deny.
6. Deny.

ANSWER TO COUNTERCLAIMS - 1
Civil Action No. 23-cv-1989JLR
METS-6-0001 P09 ANSCC

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

## II. PARTIES

7. Admit.

8. Admit.

## III. JURISDICTION AND VENUE

9. Admit.

10. Admit.

11. Admit.

## IV. FACTS COMMON TO ALL COUNTERCLAIMS

**A.    Seattle Hockey Partners and the Kraken**

12. Admit.

13. Seattle Metropolitans lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies same.

**B.    The Seattle Metropolitans and Paul Kim**

14. Seattle Metropolitans admits the first two sentences of the paragraph. Seattle Metropolitans denies the remaining allegations of the paragraph. The historical Seattle Metropolitans 1917 hockey championship team has no relationship to the NHL, and only has relevance at present because Seattle Metropolitans adopted and began using its trademarks in association with goods and services, including without limitation those set forth in its trademark registrations and applications.

15. Admit.

16. Seattle Metropolitans admits it set up a website sometime in 2015. The referenced documents speak for themselves, and Seattle Metropolitans cannot admit or deny the accuracy of documents allegedly obtained from Internet archive databases.

17. Seattle Metropolitans admits that it properly attributed references made to third-party websites on its website. The referenced documents speak for themselves, and Seattle

ANSWER TO COUNTERCLAIMS - 2
Civil Action No. 23-cv-1989JLR
METS-6-0001 P09 ANSCC

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Metropolitans cannot admit or deny the accuracy of documents allegedly obtained from Internet archive databases.

18. Seattle Metropolitans lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies same.

19. Seattle Metropolitans admits that it properly attributed references made to third-party websites on its website. The referenced documents speak for themselves, and Seattle Metropolitans cannot admit or deny the accuracy of documents allegedly obtained from Internet archive databases.

20. Seattle Metropolitans lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies same.

21. Admit.

22. Admit.

23. Deny.

C. **The Metropolitans' Museum Services Registration and Application**

24. Seattle Metropolitans admits that it applied for Trademark Application Serial Number 90556011. The prosecution history of Trademark Application Serial Number 90556011 speaks for itself. The referenced documents speak for themselves. Seattle Metropolitans denies the remaining allegations of the paragraph.

25. Seattle Metropolitans admits that it submitted specimens as part of the application for Trademark Application Serial Number 90556011. The prosecution history of Trademark Application Serial Number 90556011 speaks for itself. The referenced documents speak for themselves. Seattle Metropolitans denies the remaining allegations of the paragraph.

26. The prosecution history of Trademark Application Serial Number 90556011 speaks for itself. Seattle Metropolitans denies the remaining allegations of the paragraph.

ANSWER TO COUNTERCLAIMS - 3
Civil Action No. 23-cv-1989JLR
METS-6-0001 P09 ANSCC

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

27. Seattle Metropolitans admits that the Trademark Office issued Trademark Registration Number 6777676. The prosecution history of Trademark Application Serial Number 90556011 speaks for itself. Seattle Metropolitans denies the remaining allegations of the paragraph.

28. Seattle Metropolitans admits that it applied for Trademark Application Serial Number 98331136. The prosecution history of Trademark Application Serial Number 90556011 speaks for itself. The referenced documents speak for themselves. Seattle Metropolitans denies the remaining allegations of the paragraph.

29. Seattle Metropolitans admits that it submitted specimens as part of the application for Trademark Application Serial Number 90556011. The prosecution history of Trademark Application Serial Number 90556011 speaks for itself. The referenced documents speak for themselves. Seattle Metropolitans denies the remaining allegations of the paragraph.

## V.   CAUSES OF ACTION

**Count I:**   **Cancellation of U.S. Trademark Registration No. 6777676**

1. Seattle Metropolitans realleges the preceding paragraphs of this answer.

2. Paragraph states argument and legal conclusions to which no response is required. To the extent a response is required, Seattle Metropolitans denies the allegations.

3. Paragraph states argument and legal conclusions to which no response is required. To the extent a response is required, Seattle Metropolitans denies the allegations.

4. Deny.

5. Deny.

6. Deny.

**Count II:**   **Partial Cancellation of U.S. Trademark Registration No. 6777676 (No Use in Commerce)**

1. Seattle Metropolitans realleges the preceding paragraphs of this answer.

ANSWER TO COUNTERCLAIMS - 4
Civil Action No. 23-cv-1989JLR
METS-6-0001 P09 ANSCC

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

  2. Paragraph states argument and legal conclusions to which no response is required.

To the extent a response is required, Seattle Metropolitans denies the allegations.

  3. Paragraph states argument and legal conclusions to which no response is required.

To the extent a response is required, Seattle Metropolitans denies the allegations.

  4. Paragraph states argument and legal conclusions to which no response is required.

To the extent a response is required, Seattle Metropolitans denies the allegations.

  5. Deny.

  6. Deny.

  7. Deny.

**Count III:** **Refusal of U.S. Trademark Registration Application No. 98331136 (Mere Descriptiveness)**

  1. Seattle Metropolitans realleges the preceding paragraphs of this answer.

  2. Paragraph states argument and legal conclusions to which no response is required.

To the extent a response is required, Seattle Metropolitans denies the allegations.

  3. Deny.

  4. Deny.

  5. Deny.

**Count IV:** **Refusal of U.S. Trademark Registration Application No. 98331136 (No Use in Commerce)**

  1. Seattle Metropolitans realleges the preceding paragraphs of this answer.

  2. Paragraph states argument and legal conclusions to which no response is required.

To the extent a response is required, Seattle Metropolitans denies the allegations.

  3. Deny.

  4. [9 sic] Deny.

ANSWER TO COUNTERCLAIMS - 5
Civil Action No. 23-cv-1989JLR
METS-6-0001 P09 ANSCC

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**AFFIRMATIVE DEFENSES**

Seattle Metropolitans realleges and incorporates by reference the allegations and responses set forth herein and asserts the following affirmative defenses:

1. Defendant has failed to state a claim for which relief can be granted.

2. Pending further discovery, Defendant's claims are barred in whole or in part by the defenses of estoppel, laches, acquiescence, unclean hands, statute(s) of limitations, and other equitable defenses.

3. Defendant has suffered no injury or damage as a result of any act or conduct by Seattle Metropolitans.

Seattle Metropolitans is continuing to investigate facts relating to Defendant's counterclaims. To the extent discovery reveals additional defenses, Seattle Metropolitans reserves the right to amend to assert such allegations and/or defenses to the extent appropriate.

**PRAYER FOR RELIEF**

Seattle Metropolitans requests the following alternative and cumulative relief:

1. Defendant take nothing from its counterclaims.

2. Defendant's counterclaims be dismissed with prejudice.

3. Seattle Metropolitans be awarded the relief requested in its Amended Complaint.

4. Such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED April 30, 2024

> s/ David A. Lowe, WSBA No. 24453
> Lowe@LoweGrahamJones.com
> LOWE GRAHAM JONES<sup>PLLC</sup>
> 1325 Fourth Avenue, Suite 1130
> Seattle, WA 98101
> T: 206.381.3300
>
> Attorneys for Seattle Metropolitans Hockey LLC

ANSWER TO COUNTERCLAIMS - 6
Civil Action No. 23-cv-1989JLR
METS-6-0001 P09 ANSCC

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301