Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington limited liability company,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware limited liability company,<br><br>Defendant / Counterclaim Plaintiff. | Civil Action No. 23-cv-1989JLR<br><br>STIPULATED MOTION FOR PROTECTIVE ORDER<br><br><br>NOTE ON MOTION CALENDAR:<br>June 6, 2024 |

Pursuant to LCR 26(c)(2), the parties respectfully request entry of the proposed Stipulated Protective Order submitted herewith to protect confidential, proprietary, or private information that warrants special protection. The proposed stipulated protective order is consistent with court rules, does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal.

The proposed stipulated protective order is largely based on the WAWD model protective order, substantively departing only with respect to (1) describing the types of information to be protected, (2) adding specific heightened protection for Attorney's Eyes Only designated information, (3) augmenting protection for material subpoenaed or ordered produced in other

STIPULATED MOTION FOR PROTECTIVE ORDER - 1
Civil Action No. 23-cv-1989JLR

METS-6-0001 P14 StipMOT PO

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

litigation, and (4) extending protection to third parties. A redlined version identifying departures from the model protective order is submitted herewith.

RESPECTFULLY SUBMITTED June 6, 2024.

s/David A. Lowe, WSBA No. 24453
 Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
T: 206.381.3303

*Attorneys for Plaintiff*

s/Jake Freed (*admitted pro hac vice*)
 jakefreed@dwt.com
Bonnie E. MacNaughton, WSBA No. 36110
 bonniemacnaughton@dwt.com
DAVIS WRIGHT TREMAINE<sup>LLP</sup>
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
T: 206.622.3150

*Attorneys for Defendant*

STIPULATED MOTION FOR PROTECTIVE ORDER - 2
Civil Action No. 23-cv-1989JLR
METS-6-0001 P14 StipMOT PO

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301