UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE HOCKEY PARTNERS LLC, <br><br> Defendant. | CASE NO. C23-1989JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' November 19, 2024 joint status report and request for leave[1] to modify several expert report disclosure and deposition discovery

---

[1] The court reminds that parties that requests for relief should not be included in a joint status report. Local Rules W.D. Wash. LCR 16(a). In the future, the court will not rule on such requests unless they are contained in a motion or, where feasible, a stipulated motion. *See id.*

MINUTE ORDER - 1

deadlines. (JSR (Dkt. # 36).) The court GRANTS the parties' request for leave to modify the expert report disclosure and deposition discovery deadlines, while maintaining the existing dispositive motion and trial schedule, as follows[2]:

| Action | Deadline |
|---|---|
| Disclosure of damages expert testimony under FRCP 26(a)(2) | **November 22, 2024** |
| Disclosure of rebuttal survey expert testimony under FRCP 26(a)(2) | **December 5, 2024** |
| Disclosure of rebuttal damages expert testimony under FRCP 26(a)(2) | **December 23, 2024** |
| All motions related to discovery must be filed by LCR 7(d) | December 5, 2024 |
| Discovery completed by | January 6, 2025 **(leave granted for parties to conduct depositions through January 31, 2025, as needed)** |

Filed and entered this 21st day of November, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[2] Modified deadlines are **bolded**.

MINUTE ORDER - 2