The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SEATTLE METROPOLITANS HOCKEY LLC, a Washington Limited Liability Company,<br><br>Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>SEATTLE HOCKEY PARTNERS LLC, a Delaware Limited Liability Company,<br><br>Defendant / Counterclaim-Plaintiff. | No. 23-CV-01989 JLR<br><br>[PROPOSED] ORDER GRANTING SEATTLE HOCKEY PARTNERS LLC'S UNOPPOSED MOTION TO PARTIALLY SEAL REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY AND EXPERT REPORT OF DR. CYNTHIA R. COHEN AND REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER comes before the Court upon the Motion of Defendant/Counterclaim-Plaintiff Seattle Hockey Partners LLC ("Defendant" or "the Kraken") to file redacted versions of the following documents: (1) the Kraken's Reply Memorandum in Support of its Motion to Exclude the Testimony and Expert Report of Dr. Cynthia R. Cohen; and (2) the Kraken's Reply Memorandum in Support of its Motion for Partial Summary Judgment.

Having considered the papers submitted in support of the Motion, it is ORDERED that the Kraken's Motion to Seal is GRANTED.

DATED this 4th day of March, 2025.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOT. TO SEAL
FILED UNDER SEAL (23-CV-01989 JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax